**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ALABAMA

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Hometown Lenders, Inc. | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | DBA  Hometown Lenders <br> DBA  1st Family Mortgage <br>  Hometown Lending |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 63-1246790 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **350 The Bridge Street** <br> **Suite 200** <br> **Huntsville, AL 35806-0021** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Madison** <br> County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: |

**7. Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

**B.** *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

‾‾‾‾

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

☐ $50,001 - $100,000          ■ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __June 3, 2024__
          MM / DD / YYYY

**X** __/s/ William E. Taylor, Jr.__          __William E. Taylor, Jr.__
     Signature of authorized representative of debtor           Printed name

Title    __Director/Agent__

**18. Signature of attorney**

**X** __/s/ Kevin D. Heard__          Date   __June 3, 2024__
     Signature of attorney for debtor                   MM / DD / YYYY

**Kevin D. Heard**
Printed name

**Heard, Ary & Dauro, LLC**
Firm name

**303 Williams Avenue**
**Park Plaza, Suite 921**
**Huntsville, AL 35801**
Number, Street, City, State & ZIP Code

Contact phone   __256-535-0817__      Email address   __kheard@heardlaw.com__

**ASB-4873-E50K AL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **Hometown Lenders, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Alaska Department of Labor**<br>**PO Box 241767**<br>**Anchorage, AK 99524-1767** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $24,506.64 | $24,506.64 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Arizona Dept of Economic Security**<br>**PO Box 6028**<br>**Phoenix, AZ 85005-6028** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $793.84 | $793.84 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case 24-81038-CRJ11    Doc 1    Filed 06/03/24    Entered 06/03/24 16:43:49    Desc Main
Document    Page 6 of 47

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $917.21 | $0.00 |
|---|---|---|---|---|

**Brian P. Pena**
**NEED ADDRESS**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Compensation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,335.00 | $0.00 |
|---|---|---|---|---|

**Colby Scott**
**3715 S. 273rd East Avenue**
**Broken Arrow, OK 74014**

Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**DOCC Complaint**

Last 4 digits of account number **1779**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,741.00 | $0.00 |
|---|---|---|---|---|

**Colorado Department of Revenue**
**Attn: Bankruptcy Department**
**P.O. Box 17087**
**Denver, CO 80217-0087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $51,606.53 | $51,606.53 |
|---|---|---|---|---|

**Commonwealth of Pennsylvania**
**PO Box 280905**
**Harrisburg, PA 17128-0948**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $8,390.71 | $8,390.71 |
| | **Comonwealth of Kentucky**<br>**PO Box 948**<br>**Frankfort, KY 40602-0948** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $45,000.00 | $0.00 |
| | **Deanne Louise Taylor**<br>**17542 Kirkwood St**<br>**Gladstone, OR 97027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Compensation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $98.14 | $98.14 |
| | **Georgia Department of Labor**<br>**223 Courtland St NE**<br>**Atlanta, GA 30303** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Witholding Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $634.35 | $634.35 |
| | **Idaho State Tax Commissioner**<br>**11321 W Chinden Blvd**<br>**Boise, ID 83714-1021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Hometown Lenders, Inc.** | Case number (if known) | |
|--------|---------------------------|------------------------|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $8,952.67 | $8,952.67 |
|------|-----------------------------------------------|------------------------|-----------|-----------|

**Indiana Dept. of Revenue**
**PO Box 6032**
**Indianapolis, IN 46206-6032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $27,720.00 | $27,720.00 |
|------|-----------------------------------------------|------------------------|-----------|-----------|

**Internal Revenue Service**
**Attn: Bankruptcy Department**
**801 Tom Martin Road**
**Birmingham, AL 35211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $942,797.53 | $942,797.53 |
|------|-----------------------------------------------|------------------------|-----------|-----------|

**Internal Revenue Service**
**Attn: Bankruptcy Department**
**801 Tom Martin Road**
**Birmingham, AL 35211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $750.00 | $0.00 |
|------|-----------------------------------------------|------------------------|---------|-------|

**Kelly A. Davis**
**117 E. Russell Street**
**El Reno, OK 73036**

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**DOCC Complaint**

Last 4 digits of account number **1777**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.15 | Priority creditor's name and mailing address<br>**Kentucky Department of Revenue**<br>**PO Box 181**<br>**Frankfort, KY 40602-0181** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $27,529.53    $27,529.53 |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.16 | Priority creditor's name and mailing address<br>**Louisiana Department of Revenue**<br>**Attn: Bankruptcy Department**<br>**P.O. Box 3138**<br>**Baton Rouge, LA 70821-4969** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,533.52    $143.36 |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.17 | Priority creditor's name and mailing address<br>**Minnesota Department of Revenue**<br>**600 N. Robert St.**<br>**Saint Paul, MN 55101** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $105,477.75    $105,477.75 |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.18 | Priority creditor's name and mailing address<br>**Montana Department of**<br>**Administration**<br>**Banking & Financial Institutions**<br>**Divisio**<br>**PO Box 200546**<br>**Helena, MT 59620** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | $15,000.00    $15,000.00 |

Date or dates debt was incurred

Basis for the claim:
**Civil Penalties**

Last 4 digits of account number **2388**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75,000.00 | $75,000.00 |
|---|---|---|---|---|

**Montana Department of Administration**
**Banking & Financial Institutions**
**Divisio**
**PO Box 200546**
**Helena, MT 59620**

Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Civil Penalties**

Last 4 digits of account number **2389**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250,063.48 | $250,063.48 |
|---|---|---|---|---|

**Nevada Department of Taxation**
**3850 Arriwhead Dr.**
**Carson City, NV 89706**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,251.89 | $3,251.89 |
|---|---|---|---|---|

**New York State Department of Labor**
**PO Box 15122**
**Albany, NY 12212-5122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,079.50 | $0.00 |
|---|---|---|---|---|

**Nicholas Jason Street**
**6515 Benham Way**
**Sacramento, CA 95831**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Compensation**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,121.65 | $2,121.65 |
|---|---|---|---|---|

**Ohio Bureau of Workers Compensation**
PO Box 89492
Cleveland, OH 44101-6492

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,570.40 | $7,570.40 |
|---|---|---|---|---|

**Oklahoma Employmet Security Commission**
PO Box 52003
Oklahoma City, OK 73152-2003

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $43,526.47 | $43,526.47 |
|---|---|---|---|---|

**Oregon Department of Revenue**
PO Box 14730
Salem, OR 97309-0464

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,700.92 | $25,700.92 |
|---|---|---|---|---|

**Oregon Employment Department**
PO Box 4395
Portland, OR 97208-4395

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

Case 24-81038-CRJ11   Doc 1   Filed 06/03/24   Entered 06/03/24 16:43:49   Desc Main
Document    Page 12 of 47

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,329.75 | $1,329.75 |
|---|---|---|---|---|

**State if Michigan Deptartment of Labor**
**PO Box 33589**
**Detroit, MI 48232-5598**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,355.09 | $30,355.09 |
|---|---|---|---|---|

**State of Arkansas**
**Dept. of Finance & Admn.**
**PO Box 9941**
**Little Rock, AR 72203-9941**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,231.28 | $4,231.28 |
|---|---|---|---|---|

**State of California**
**PO Box 826215**
**Sacramento, CA 94230-6215**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $553.02 | $553.02 |
|---|---|---|---|---|

**State of Connecticut Dept of Revenue**
**PO Box 5089**
**Hartford, CT 06102-5089**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,246.00 | $19,246.00 |
|---|---|---|---|---|
| | **State of Indiana Tax Lien** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58,659.00 | $58,659.00 |
|---|---|---|---|---|
| | **State of Ohio Tax Lien** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,219.00 | $10,219.00 |
|---|---|---|---|---|
| | **State of Ohio Tax Lien** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,862.00 | $17,862.00 |
|---|---|---|---|---|
| | **State of Oklahoma Tax Lien** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

Case 24-81038-CRJ11    Doc 1    Filed 06/03/24    Entered 06/03/24 16:43:49    Desc Main
Document    Page 14 of 47

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54,338.91 | $54,338.91 |
|------|---|---|---|---|

**State of Texas**
**PO Box 149348**
**Austin, TX 78714-9348**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,071.06 | $18,071.06 |
|------|---|---|---|---|

**State of Washington Dept. of**
**Labor**
**PO Box 34022**
**Seattle, WA 98124-1022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.82 | $0.00 |
|------|---|---|---|---|

**State of Wyoming**
**PO Box 2760**
**Casper, WY 82602**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $65,940.71 | $0.00 |
|------|---|---|---|---|

**Thomas Jussila**
**128 Southwest 38th Place**
**Cape Coral, FL 32608**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Compensation**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| | | | |
|---|---|---|---|
| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$40,580.06**    **$0.00** |

**Tommy Bolan**
**310 Kendallwood Drive**
**Meridianville, AL 35759**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Compensation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,678.03**    **$1,678.03** |

**Utah Tax Commissioner**
**210 N 1950 W**
**Salt Lake City, UT 84134-0700**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,145.62**    **$9,145.62** |

**Washington Department of Labor**
**and Ind.**
**PO Box 34974**
**Seattle, WA 98124-1974**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$752.95**    **$752.95** |

**Washington Dept. of Workforce**
**Developmen**
**PO Box 7945**
**Madison, WI 53707**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49,953.14 | $49,953.14 |

2.43 **Washington State**
**PO Box 9046**
**Olympia, WA 98507-9046**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$49,953.14    $49,953.14

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.44 **Washoe County Treasurer**
**PO Box 30039**
**Reno, NV 89512**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$429.80    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.45 **Wisconsin Dept. of Revenue**
**Central Collection Section**
**PO Box 8902**
**Madison, WI 53708-8902**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,204.44    $1,204.44

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

             Amount of claim

3.1 **Nonpriority creditor's name and mailing address**
**1441 McCormick Drive, LLC**
**1441 McCormick Drive**
**Suite 1020**
**Upper Marlboro, MD 20774**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$17,500.00

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:   **Rent**

Is the claim subject to offset? ☐ No   ☐ Yes

---

3.2 **Nonpriority creditor's name and mailing address**
**ADP Automatic Data Processing**
**P.O. Box 842875**
**Boston, MA 02284-2875**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$54,563.10

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:   **Vendor**

Is the claim subject to offset? ■ No   ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,426.19 |
|---|---|---|---|

**Advance to Boardwalk LLC**
4585 SW Trail Rd
Tualatin, OR 97062

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,373.95 |
|---|---|---|---|

**Allen Edwin Homes**
2186 E Centre St
Portage, MI 49002

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99,285.00 |
|---|---|---|---|

**Anglin Reichmann Armstrong**
305 Quality Circle
Huntsville, AL 35806

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $471,322.92 |
|---|---|---|---|

**Anthony Perri, Jr.**
1031 Teal Avenue
Peotone, IL 60468

Date(s) debt was incurred _
Last 4 digits of account number  **5780**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $779,445.35 |
|---|---|---|---|

**Anthony Perri, Sr.**
1031 Teal Avenue
Peotone, IL 60468

Date(s) debt was incurred _
Last 4 digits of account number  **5780**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120,665.00 |
|---|---|---|---|

**Appraisal Management Specialists, LLC**
38 Main Street
PO Box 1100
Oconomowoc, WI 53066

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor-Appraiser**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,561.94 |
|---|---|---|---|

**Arthur J. Gallagher RMS**
39735 Treasury Center
Chicago, IL 60694-9700

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58,340.63 |
|------|-----|-----|-----|

**Assured Data Protection**
13873 Park Center Road
Suite 545N
Herndon, VA 20171

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,000.00 |
|------|-----|-----|-----|

**Austin Family Investments**
PO Box 2771
Albany, OR 97321

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Rent__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|------|-----|-----|-----|

**B and C, LLC dba Our Motorsports**
56 Obed Brooks Road
Harwich, MA 02645

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,626.07 |
|------|-----|-----|-----|

**Ballard Spahr LLP**
P.O.Box 825470
Philadelphia, PA 19182-5470

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64,000.00 |
|------|-----|-----|-----|

**Ben Grace**
NEED ADDRESS

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Loan to Debtor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,009.30 |
|------|-----|-----|-----|

**Bestborn Business Solutions**
507 West Newton Street
Suite 2
Greensburg, PA 15601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $246,056.88 |
|------|-----|-----|-----|

**Birchwood Credit Services, Inc.**
Attn: Bankruptcy Department
PO Box 7403
Fort Lauderdale, FL 33338

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor Bal. $85,291.86 - Lawsuit__

Last 4 digits of account number __1401__

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288,703.18 |
|---|---|---|---|

**3.17** Nonpriority creditor's name and mailing address

**Black Knight Technologies LLC**
**P.O.Box 742971**
**Los Angeles, CA 90074-2971**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

$288,703.18

---

**3.18** Nonpriority creditor's name and mailing address

**Brewer Roofing & Construction**
**2100 Southbridge Pkwy, Ste 650**
**Birmingham, AL 35209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

$17,984.50

---

**3.19** Nonpriority creditor's name and mailing address

**California Employment Development Dept.**
**3321 Power Inn Road, Suite 220**
**Sacramento, CA 95826**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

$32,558.01

---

**3.20** Nonpriority creditor's name and mailing address

**Canva US, Inc.**
**3003 Tasman Drive**
**Santa Clara, CA 95054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

$23,960.90

---

**3.21** Nonpriority creditor's name and mailing address

**Capital Mortgage Services of Texas**
**Attn: Bankruptcy Department**
**4212 50th Street Lubbock**
**Lubbock, TX 79413**

Date(s) debt was incurred _

Last 4 digits of account number **1433**

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Lawsuit**

Is the claim subject to offset? ☒ No ☐ Yes

$30,000.00

---

**3.22** Nonpriority creditor's name and mailing address

**CDW Direct, LLC**
**Attn: Bankruptcy Department**
**200 N Milwaukee Ave**
**Vernon Hills, IL 06006-1000**

Date(s) debt was incurred _

Last 4 digits of account number **9075**

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Vendor Bal. $73,430.43 - Lawsuit**

Is the claim subject to offset? ☒ No ☐ Yes

$87,912.40

---

**3.23** Nonpriority creditor's name and mailing address

**Certified Credit**
**1095 Arrow Route #2969**
**Rancho Cucamonga, CA 91729**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

$475,423.32

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,255.95 |
|---|---|---|---|

**Cision US, Inc.**
**P.O.Box 417215**
**Boston, MA 02241-7215**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,155.00 |
|---|---|---|---|

**Class Valuation Appraisal**
**2600 Bellingham Rd, Suite 100**
**Troy, MI 48083**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor-Appraiser__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,632.55 |
|---|---|---|---|

**Concur Technologies,Inc**
**62157 Collections Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor-Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,505.00 |
|---|---|---|---|

**ConnectWise**
**28819 Network Place**
**Chicago, IL 60673-1288**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,975.00 |
|---|---|---|---|

**Cumulus Media - Birmingham**
**3632 Monentum Place**
**Chicago, IL 60689-5336**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,007.45 |
|---|---|---|---|

**Dataverify**
**PO Box 640495**
**Pittsburgh, PA 15264-0495**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,709.80 |
|---|---|---|---|

**Dean Commercial Real Estate**
**2101 Clinton Avenue**
**Suite 501**
**Huntsville, AL 35805**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106,605.00 |
|------|--------|--------|--------|

**3.31** Nonpriority creditor's name and mailing address
**DocuSign**
**P.O.Box 735445**
**Dallas, TX 75373-5445**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$106,605.00

---

**3.32** Nonpriority creditor's name and mailing address
**Effectv**
**P.O.Box 415949**
**Boston, MA 02241-5949**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$16,605.25

---

**3.33** Nonpriority creditor's name and mailing address
**Equifax Workforce Solutions**
**4076 Paysphere Circle**
**Chicago, IL 60674-4076**

Date(s) debt was incurred _
Last 4 digits of account number  **4851**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No  ☐ Yes

$459,328.55

---

**3.34** Nonpriority creditor's name and mailing address
**ESPN, Inc -Prod Misc**
**P.O.Box 732527**
**Dallas, TX 75373-2527**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No  ☐ Yes

$300,000.00

---

**3.35** Nonpriority creditor's name and mailing address
**eValuation Zone, Inc**
**6103 W Montrose Ave**
**Chicago, IL 60634**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor-Appraiser**

Is the claim subject to offset? ■ No  ☐ Yes

$45,640.00

---

**3.36** Nonpriority creditor's name and mailing address
**Experience.com**
**2010 Crow Canyon Suite100**
**San Ramon, CA 94583**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$50,374.98

---

**3.37** Nonpriority creditor's name and mailing address
**FCA Fund Orlando I, LLC**
**PO Box 742147**
**Atlanta, GA 30374**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

$59,961.84

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,000.00** |
|---|---|---|---|

**FCB Bancshares Inc.**
**101 First Avenue NW**
**Cullman, AL 35055**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Rent__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41,497.32** |
|---|---|---|---|

**Fifth Third Bank National Association**
**P.O.Box 637644**
**Cincinnati, OH 45263-7644**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,489,345.28** |
|---|---|---|---|

**First Horizon Bank**
**Attn: Bankruptcy Department**
**165 Madison Avenue**
**Memphis, TN 38103**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Lawsuit__

**Last 4 digits of account number** __0LCB__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,110,657.25** |
|---|---|---|---|

**Flagstar Bank, NA**
**Attn: Bankruptcy Department**
**5151 Corporate Drive**
**Troy, MI 48098**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Lawsuit__

**Last 4 digits of account number** __RMCI__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,374,864.38** |
|---|---|---|---|

**Freddie Mac**
**Attn: Bankruptcy Department**
**8200 Jones Branch Drive**
**McLean, VA 22102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2/6/24__

Basis for the claim: __Servicer Agreement-Claims Event__

**Last 4 digits of account number** __3397__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,988.00** |
|---|---|---|---|

**Freshworks, Inc.**
**14005 Live Oak Avenue**
**Pasadena, CA, CA 91706-1300**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,000.00** |
|---|---|---|---|

**Gig Harbor North, LLC**
**C/O Pacific Asset Advisors, Inc**
**14205 SE 36th Street, Suite 215**
**Bellevue, WA 98006**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Rent__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,375.00 |

**Gregg & Valby,LLP**
**1700 West Loop South**
**Suite 200**
**Houston, TX 77027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,148.50 |

**GRO Marketing LLC**
**1810 Commons North Drive**
**Suite 2**
**Tuscaloosa, AL 35406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,185.48 |

**Guardian**
**PO Box 826486**
**Philadelphia, PA 19182-6486**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor-Employee Benefits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,010.00 |

**Homebot, Inc**
**1500 Market Street**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,875.00 |

**iAppraisal**
**9086 Jollyville Road**
**Austin, TX 78759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor-Appraiser**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $616,989.33 |

**ICE Mortgage Technology**
**PO Box 7410442**
**Chicago, IL 60674-0442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,743.75 |

**iHeartMedia-Chillicothe**
**3964 Collections Center Drive**
**Chicago, IL 60693-0039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $234,246.63 |

**IMI Huntsville**
**Huntsville Lifestyle**
**P.O.Box 742117**
**Atlanta, GA 30374-2117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rents**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,660.40 |

**IPFS Corporation of the South**
**24722 Network Place**
**Chicago, IL 60673-1247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,953.34 |

**IS-CAN OHIO X, LP**
**P.O. Box  932943**
**Cleveland, OH 44193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,497.46 |

**Island Hotel Company**
**1000 South Pine Island Road**
**Suite 800**
**Plantation, FL 33324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $93,000.00 |

**Jeffrey (and Darcy) Markus**
**2260 Pinto Drive**
**Wayzata, MN 55391**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consumer Action Complaint**

Last 4 digits of account number  **996C**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $209,312.83 |

**JPMCB Correspondent Recovery Funds**
**P.O.Box  731743**
**Dallas, TX 75373-1743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,000.00 |

**Kentucky Housing Coalition**
**189 Alpine Drive**
**Shelbyville, KY 40065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Payments made to obtain FHA insurance on 12 loans**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105,117.00 |
| --- | --- | --- | --- |

**Knowledge Coop**
P.O.Box 1213
Vancouver, WA 98666

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,500.00 |
| --- | --- | --- | --- |

**Kris Macdonald Productions**
67 Bayfield Street
C1A 2G5 Charlottetown
Prince Edward Island-Canada

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,997.45 |
| --- | --- | --- | --- |

**Lakeview Loan Servicing, LLC**
c/o Funding Operation
507 Prudential Road
Horsham, PA 19044

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,773.12 |
| --- | --- | --- | --- |

**Land Gorilla, Inc./Land Gorilla, LLC**
1241 JOHNSON AVENUE #154
San Luis Obispo, CA 93401

Date(s) debt was incurred _

Last 4 digits of account number _ __4900__

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Arbitration__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,075.00 |
| --- | --- | --- | --- |

**Lenders Valuation Services. LLC**
3001 Lava Ridge Ct, Suite 160
Roseville, CA 95661

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor-Appraiser__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,470.20 |
| --- | --- | --- | --- |

**Lenovo Financial Services**
21146 Network Place
Chicago, IL 60673-1211

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,240.00 |
| --- | --- | --- | --- |

**Lewis AMC dba ARIVS**
2101 West Clinton Avenue
Suite 301
Huntsville, AL 35805

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor-Appraiser__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,773.51** |
|------|-------------------------------------------------|---------------------------------------------------------------------|----------------|

**Loan Depot LLC**
**6561 Irvine Center Drive**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,480.00** |
|------|-------------------------------------------------|---------------------------------------------------------------------|----------------|

**Lodestar Software Solutions**
**101 East 8th Avenue**
**Suite 302**
**Conshohocken, PA 19428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$38,850.00** |
|------|-------------------------------------------------|---------------------------------------------------------------------|----------------|

**MBS Highway**
**960 Holmdel Rd, Bldg 2**
**Holmdel, NJ 07733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$66,600.00** |
|------|-------------------------------------------------|---------------------------------------------------------------------|----------------|

**McConnell,White,Terry Realty & Insurance**
**PO Box 530507**
**Mountain Brook, AL 35253-0507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$127,028.10** |
|------|-------------------------------------------------|---------------------------------------------------------------------|-----------------|

**Mers Holdings Inc,**
**13059 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$156,936.65** |
|------|-------------------------------------------------|---------------------------------------------------------------------|-----------------|

**Mission Firefly**
**P.O.Box 793**
**Hazel Green, AL 35750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,600.00** |
|------|-------------------------------------------------|---------------------------------------------------------------------|----------------|

**MobilityRE**
**6925 Union Park Center**
**Suite 445**
**Midvale, UT 84047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,000.00 |

**Mortgage Bankers Association**
Attn: Lockbox 791419
Glen Burnie, MD 21061

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,559.11 |

**Mueller III, LLC**
c/o Alliance Commercial REMS
5345 Kietzke Lane, Ste 100
Reno, NV 89511

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Rent__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |

**National Assoc. of Real Estate Brokers**
9831 Greenbelt Road Ste 309
Lanham, MD 20706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $306,835.52 |

**National Cooperative Bank, N.A.**
2011 Crystal Drive
Suite 800
Arlington, VA 22202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Servicing Agreement-Indemnification re. 1st Horizon Eton Loan claim__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,084.00 |

**Nationwide Property & Appraisal Services**
1103 Laurel Oak Rd, Ste 160
Voorhees, NJ 08043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor-Appraiser__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |

**Northwest Investment at Stockford Villag**
10000 NE 7th Avenue
Suite 105
Vancouver, WA 98685

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Rent__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Ohio Dept. of Commerce**
Division of Financial Institutions
77 South High Street, 21st Floor
Columbus, OH 43215

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Fines for Violations of Ohio Revised Code - $2000/day__

Last 4 digits of account number __3179__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Hometown Lenders, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58,780.00 |
|---|---|---|---|

**Oklahoma Appraisal Management, Inc.**
928 Robtrice Ct.
Edmond, OK 73034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor-Appraiser**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,675.00 |
|---|---|---|---|

**Opteon Appraisal, Inc**
300 Madison Ave, Ste 900
Toledo, OH 43604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor-Appraiser**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $132,670.77 |
|---|---|---|---|

**Optimal Blue**
P.O. Box 844004
Dallas, TX 75284-4004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $169,965.26 |
|---|---|---|---|

**Optimed Group Programs Inc.-Chubb Premiu**
5505 North Cumberland Ave.
Chicago, IL 60675-3298

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor-Employee Benefits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,965.00 |
|---|---|---|---|

**OptiSigns, Inc**
P.O.Box 208161
Dallas, TX 75320-8161

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,040.47 |
|---|---|---|---|

**Oregon Employment Department**
ATTN: Employment Tax Unit 02
PO Box 4395
Portland, OR 97208-4395

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,125.40 |
|---|---|---|---|

**Partners Credit & Verification Solutions**
P.O.Box  329
Pebble Beach, CA 93953

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180,362.71 |
|------|---|---|---|

**PennyMac Corp**
P.O.Box 669
Moorpark, CA 93020-0669

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225,000.00 |
|------|---|---|---|

**PGA Tour, Inc**
P.O.Box 1065
Ponte Vedra Beach, FL 32004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|------|---|---|---|

**Phoenix 5 Group LLC**
838 Cherry SE
Grand Rapids, MI 49506

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Rent__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73,816.30 |
|------|---|---|---|

**Planet Home Lending**
11000 Broken Land Parkway
Suite 200
Columbia, MD 21044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $204,465.61 |
|------|---|---|---|

**QC Ally, LLC**
9609 S University Blvd
P.O.Box 632026
Highlands Ranch, CO 80163

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $540,603.65 |
|------|---|---|---|

**Rapidscale Inc.**
P.O.Box 92126
Las Vegas, NV 89193-2126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,168.32 |
|------|---|---|---|

**Renasant Bank**
Attn: Bankruptcy Department
509 Drake Ave SW
Huntsville, AL 35801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66,727.50 |
|---|---|---|---|

**ReverseVision**
P.O.Box 676332
Dallas, TX 75267-6332

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $74,102.19 |
|---|---|---|---|

**Richey May**
9780 S. Meridian Boulevard
Suite 500
Englewood, CO 80112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**River Landing Club Owners Association**
1325 DAUPHIN STREET
Mobile, AL 36605

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1279**

Basis for the claim: __Lawsuit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $107,206.83 |
|---|---|---|---|

**RJ Young Company,Inc.**
P.O.Box  306412
Nashville, TN 37230-6412

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,635.00 |
|---|---|---|---|

**Rocket City Broadcasting**
WRTT-FM
1555 The Boardwalk, Suite 1
Huntsville, AL 35816

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,600.00 |
|---|---|---|---|

**Scotsman Guide**
Po Box 692
Bothell, WA 98041-0692

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,700.00 |
|---|---|---|---|

**SD Media, LLC**
A & N Accounting c/o Nam Nguyen
15306 Craft Lane
Athens, AL 35613

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,611.28 |
|---|---|---|---|

**Servis First Bank**
**401 Meridian Street**
**Suite 100**
**Huntsville, AL 35801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $399,548.00 |
|---|---|---|---|

**SimpleNexus, LLC**
**P.O.Box 843167**
**Dallas, TX 75284-3167**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $407,273.91 |
|---|---|---|---|

**SmartBank**
**PO Box 1910**
**Pigeon Forge, TN 37868-1910**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0237**

Basis for the claim: **Equipment from multiple Lease Agreements with LeaseSouth**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Snapdocs, Inc**
**P.O.Box 735286**
**Dallas, TX 75373-5286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,785.25 |
|---|---|---|---|

**Stage Crossing, LLC dba Cliff Plaza**
**1695 E University Drive**
**Auburn, AL 36830**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0347**

Basis for the claim: **Rent - Lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,593.04 |
|---|---|---|---|

**Stanberry Columbia Real Estate Holdings**
**Attn: Darlene Cunningham Katz Developmen**
**PO BOX 1828**
**Westerville, OH 43086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,550.00 |
|---|---|---|---|

**Starrcast, LLC**
**15306 Craft Lane**
**Athens, AL 35613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Street Lending Home, LLC**
3184 N Street
Sacramento, CA 95816

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Rent__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,897.50** |
|---|---|---|---|

**Taylor, Skipper, & Associates, LLC**
210 Virginia Avenue
Auburn, AL 36830

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,446.29** |
|---|---|---|---|

**Teevin Fischer LLC**
P.O. Box 820406
Vancouver, WA 98682

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Rent__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,916.32** |
|---|---|---|---|

**The LCF Group, Inc.**
3000 Marcus Avenue
Suite 2W15
New Hyde Park, NY 11042

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  __2023__

Basis for the claim: __Arbitration__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,349.50** |
|---|---|---|---|

**Total Image Marketing**
1315 Legacy Farm Drive
Huntsville, AL 35802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$37,314.05** |
|---|---|---|---|

**Transamerica Life Insurance Co.**
6400 C Street Sw, P55
Attn: Cash Desk
Cedar Rapids, IA 52499-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor-Employee Benefits__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,995.00** |
|---|---|---|---|

**Triserv Appraisal Management Solutions**
875 Old Roswell Rd
Roswell, GA 30076

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor-Appraiser__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Hometown Lenders, Inc.** | | Case number (if known) | |
|--------|------|--|------|--|
| | Name | | | |

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,291.72 |
|-------|------|------|------|

**Unishippers**
14800 Frye Road
2nd Floor
Fort Worth, TX 76155

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,230.00 |
|-------|------|------|------|

**Valutrust Solutions, LLC**
7400 College Blvd, Suite 250
Overland Park, KS 66210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Vendor-Appraiser

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,970.00 |
|-------|------|------|------|

**Volentum, LLC**
16946 Reeder Ridge
Eden Prairie, MN 55347

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99,103.54 |
|-------|------|------|------|

**Vonage Business**
P.O. Box 392415
Pittsburgh, PA 15251-9415

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Vendor-Utilities

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $351,123.15 |
|-------|------|------|------|

**Wells Fargo Bank NA**
1 Home Campus 4th floor
MAC F2401-04L
Des Moines, IA 50328

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,590.94 |
|-------|------|------|------|

**West Valley Properties, Inc.**
280 2nd Street
Los Altos, CA 94022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,573.37 |
|-------|------|------|------|

**Willis Law**
491 West South Street
Kalamazoo, MI 49007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Legal Fees

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,000.00 |
|-------|------|------|------|

**WowTools Inc. DBA The Mortgage Coach**
P.O.Box 112
Corona, CA 92878

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** <u>Vendor</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|----------------------------------------------------|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Anthony Perri, Sr.<br>c/o Katten & Temple, LLP<br>209 S. LaSalle Street, Suite 950<br>Chicago, IL 60604 | Line **3.7**<br><br>☐ Not listed. Explain ____ | **5780** |
| 4.2 | Anthony Perri, Sr.<br>c/o Katten & Temple, LLP<br>209 S. LaSalle Street, Suite 950<br>Chicago, IL 60604 | Line **3.6**<br><br>☐ Not listed. Explain ____ | **5780** |
| 4.3 | Birchwood Credit Services, Inc.<br>Attn: Bankruptcy Department<br>500 SE 15th Street<br>Fort Lauderdale, FL 33316 | Line **3.16**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | Capital Mortgage Services of Texas<br>c/o The Law Office of Keith C. Thompson,<br>11003 Quaker Avenue<br>Lubbock, TX 79424 | Line **3.21**<br><br>☐ Not listed. Explain ____ | **1433** |
| 4.5 | CDW Direct<br>Attn: Bankruptcy Department<br>P.O.Box 75723<br>Chicago, IL 60675-5723 | Line **3.22**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | CDW Direct, LLC<br>c/o The CKB Firm<br>30 N. LaSalle Street, Suite 1520<br>Chicago, IL 60602 | Line **3.22**<br><br>☐ Not listed. Explain ____ | **9075** |
| 4.7 | Colorado Department of Revenue<br>Denver, CO 80261-0004 | Line **2.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | Dinsmore & Shohl, LLP<br>211 N Pennsylvania Street<br>One Indian Square, Ste. 1800<br>Indianapolis, IN 46204 | Line **3.76**<br><br>☐ Not listed. Explain ____ | <u>National Cooperative Bank, N.A</u> |
| 4.9 | Division of Banking & Financial Institut<br>c/o Kelly M. O'Sullivan, Esq.<br>301 South Park, Rm 316 [POB 200546]<br>Helena, MT 59620-0546 | Line **2.18**<br><br>☐ Not listed. Explain ____ | **2388** |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.10 | **Division of Banking & Financial Institut**<br>**Attn: Bankruptcy Department**<br>**1227 11th Ave, Suite 100**<br>**Helena, MT 59601** | Line **2.18**<br>☐ Not listed. Explain ____ | **2388** |
| 4.11 | **Division of Banking & Financial Institut**<br>**c/o Kelly M. O'Sullivan, Esq.**<br>**301 South Park, Rm 316 [POB 200546]**<br>**Helena, MT 59620-0546** | Line **2.19**<br>☐ Not listed. Explain ____ | **2389** |
| 4.12 | **Division of Banking & Financial Institut**<br>**Attn: Bankruptcy Department**<br>**1227 11th Ave, Suite 100**<br>**Helena, MT 59601** | Line **2.19**<br>☐ Not listed. Explain ____ | **2389** |
| 4.13 | **Equifax**<br>**c/o McCarthy, Burgess & Wolff**<br>**The MB&W Building|26000 Cannon Road**<br>**Bedford, OH 44146** | Line **3.33**<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Equifax**<br>**1550 Peachtree St NE**<br>**Atlanta, GA 30309** | Line **3.33**<br>☐ Not listed. Explain ____ | **4851** |
| 4.15 | **First Horizon Bank**<br>**420 Twentieth Street North**<br>**Wells Fargo Tower, Suite 1400**<br>**Birmingham, AL 35203** | Line **3.40**<br>☐ Not listed. Explain ____ | **0LCB** |
| 4.16 | **Flagstar Bank, NA**<br>**c/oHickey Hauck Bishoff & Jeffers, PLLC**<br>**1 Woodward Avenue, Suite 2000**<br>**Detroit, MI 48226** | Line **3.41**<br>☐ Not listed. Explain ____ | **RMCI** |
| 4.17 | **Freshworks, Inc.**<br>**2950 S Delaware St, Ste 201**<br>**San Mateo, CA 94403** | Line **3.43**<br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Hometown Lenders, Inc.**<br>**c/o Willis & Willis PLC**<br>**491 W South St.**<br>**Kalamazoo, MI 49007** | Line **3.41**<br>☐ Not listed. Explain ____ | **RMCI** |
| 4.19 | **Internal Revenue Service**<br>**Attn: Bankruptcy Department**<br>**5123 Research Drive NW**<br>**Huntsville, AL 35805** | Line **2.12**<br>☐ Not listed. Explain ____ | _ |
| 4.20 | **IRS**<br>**Ogden, UT 84201-0038** | Line **2.12**<br>☐ Not listed. Explain ____ | _ |
| 4.21 | **Land Gorilla, Inc.**<br>**c/o Linda Somers Smith, Esq.**<br>**PO Box 3835**<br>**San Luis Obispo, CA 93403-3835** | Line **3.62**<br>☐ Not listed. Explain ____ | **4900** |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.22** **LeaseSouth, L.L.C.** **300 Clinton Avenue West** **Suite 1** **Huntsville, AL 35801** | Line **3.103** ☐ Not listed. Explain ____ | _ |
| **4.23** **Lloyd & McDaniel, PLC** **PO Box 23200** **Louisville, KY 40223-0200** | Line **3.16** ☐ Not listed. Explain ____ | **1401** |
| **4.24** **Oklahoma Department of Consumer Credit** **Attn: Bankruptcy Department** **629 NE 28th Street** **Oklahoma City, OK 73105** | Line **2.14** ☐ Not listed. Explain ____ | **1777** |
| **4.25** **Oklahoma Department of Consumer Credit** **Attn: Bankruptcy Department** **629 NE 28th Street** **Oklahoma City, OK 73105** | Line **2.4** ☐ Not listed. Explain ____ | **1779** |
| **4.26** **Renasant Bank** **Attn: Bankruptcy Department** **209 Troy Street** **Tupelo, MS 38804-4827** | Line **3.93** ☐ Not listed. Explain ____ | _ |
| **4.27** **River Landing Club Owners Association** **100 Riverbend Drive** **Mobile, AL 36605-6800** | Line **3.96** ☐ Not listed. Explain ____ | **1279** |
| **4.28** **SmartBank** **c/o Hubbard, McIlwain & Brakefield, PC** **PO Box 2427** **Tuscaloosa, AL 35403-2427** | Line **3.103** ☐ Not listed. Explain ____ | _ |
| **4.29** **State of Michigan Department of Labor** **PO Box 8068** **Royal Oak, MI 48068-8068** | Line **2.27** ☐ Not listed. Explain ____ | _ |
| **4.30** **The LCF Group, Inc.** **c/o The Feldman Lawfirm, PC** **147 Willis Avenue** **Mineola, NY 11501** | Line **3.111** ☐ Not listed. Explain ____ | **2023** |
| **4.31** **The Office of Minnesota Attorney General** **Attn: Consumer Action Division** **445 Minnesota Street, Suite 1400** **Saint Paul, MN 55101-2131** | Line **3.56** ☐ Not listed. Explain ____ | **996C** |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 2,108,724.41 |
| **5b. Total claims from Part 2** | 5b. + | $ | 37,953,517.49 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ | 40,062,241.90 |

Capifi, LLC
c/o Funders App, LLC
3323 NE 163rd Street, Suite 401
North Miami Beach, FL 33160

Commonwealth of Pennsylvania
PO Box 280905
Harrisburg, PA 17128-0948

Louisiana Department of Revenue
Attn: Bankruptcy Department
P.O. Box 3138
Baton Rouge, LA 70821-4969

M4 Maroon, LLC
4725 S. Monaco Street, Suite 210
Denver, CO 80237

Commonwealth of Kentucky
PO Box 948
Frankfort, KY 40602-0948

Minnesota Department of Revenue
600 N. Robert St.
Saint Paul, MN 55101

SouthState Bank, National Association
Attn: Bankruptcy Department
1101 First St South
Winter Haven, FL 33880

Deanne Louise Taylor
17542 Kirkwood St
Gladstone, OR 97027

Montana Department of Administra
Banking & Financial Institutions Div
PO Box 200546
Helena, MT 59620

Timeless Funding, LLC
5014 16th Avenue
Suite 124
Brooklyn, NY 11219

Georgia Department of Labor
223 Courtland St NE
Atlanta, GA 30303

Nevada Department of Taxation
3850 Arriwhead Dr.
Carson City, NV 89706

Alaska Department of Labor
PO Box 241767
Anchorage, AK 99524-1767

Idaho State Tax Commissioner
11321 W Chinden Blvd
Boise, ID 83714-1021

New York State Department of La
PO Box 15122
Albany, NY 12212-5122

Arizona Dept of Economic Security
PO Box 6028
Phoenix, AZ 85005-6028

Indiana Dept. of Revenue
PO Box 6032
Indianapolis, IN 46206-6032

Nicholas Jason Street
6515 Benham Way
Sacramento, CA 95831

Brian P. Pena
NEED ADDRESS

Internal Revenue Service
Attn: Bankruptcy Department
801 Tom Martin Road
Birmingham, AL 35211

Ohio Bureau of Workers Compens
PO Box 89492
Cleveland, OH 44101-6492

Colby Scott
3715 S. 273rd East Avenue
Broken Arrow, OK 74014

Kelly A. Davis
117 E. Russell Street
El Reno, OK 73036

Oklahoma Employmet Security Com
PO Box 52003
Oklahoma City, OK 73152-2003

Colorado Department of Revenue
Attn: Bankruptcy Department
P.O. Box 17087
Denver, CO 80217-0087

Kentucky Department of Revenue
PO Box 181
Frankfort, KY 40602-0181

Oregon Department of Revenue
PO Box 14730
Salem, OR 97309-0464

Oregon Employment Department
PO Box 4395
Portland, OR 97208-4395

State of Washington Dept. of Labor
PO Box 34022
Seattle, WA 98124-1022

Wisconsin Dept. of Revenue
Central Collection Section
PO Box 8902
Madison, WI 53708-8902

State if Michigan Deptartment of Labor
PO Box 33589
Detroit, MI 48232-5598

State of Wyoming
PO Box 2760
Casper, WY 82602

1441 McCormick Drive, LLC
1441 McCormick Drive
Suite 1020
Upper Marlboro, MD 20774

State of Arkansas
Dept. of Finance & Admn.
PO Box 9941
Little Rock, AR 72203-9941

Thomas Jussila
128 Southwest 38th Place
Cape Coral, FL 32608

ADP Automatic Data Processing
P.O. Box 842875
Boston, MA 02284-2875

State of California
PO Box 826215
Sacramento, CA 94230-6215

Tommy Bolan
310 Kendallwood Drive
Meridianville, AL 35759

Advance to Boardwalk LLC
4585 SW Trail Rd
Tualatin, OR 97062

State of Connecticut Dept of Revenue
PO Box 5089
Hartford, CT 06102-5089

Utah Tax Commissioner
210 N 1950 W
Salt Lake City, UT 84134-0700

Allen Edwin Homes
2186 E Centre St
Portage, MI 49002

State of Indiana Tax Lien

Washington Department of Labor and Ind
PO Box 34974
Seattle, WA 98124-1974

Anglin Reichmann Armstrong
305 Quality Circle
Huntsville, AL 35806

State of Ohio Tax Lien

Washington Dept. of Workforce Development
PO Box 7945
Madison, WI 53707

Anthony Perri, Jr.
1031 Teal Avenue
Peotone, IL 60468

State of Oklahoma Tax Lien

Washington State
PO Box 9046
Olympia, WA 98507-9046

Anthony Perri, Sr.
1031 Teal Avenue
Peotone, IL 60468

State of Texas
PO Box 149348
Austin, TX 78714-9348

Washoe County Treasurer
PO Box 30039
Reno, NV 89512

Appraisal Management Specialists,LL
38 Main Street
PO Box 1100
Oconomowoc, WI 53066

Arthur J. Gallagher RMS
39735 Treasury Center
Chicago, IL 60694-9700

Brewer Roofing & Construction
2100 Southbridge Pkwy, Ste 650
Birmingham, AL 35209

Class Valuation Appraisal
2600 Bellingham Rd, Suite 100
Troy, MI 48083

Assured Data Protection
13873 Park Center Road
Suite 545N
Herndon, VA 20171

Bryon Heath Quick

Concur Technologies,Inc
62157 Collections Center Drive
Chicago, IL 60693

Austin Family Investments
PO Box 2771
Albany, OR 97321

California Employment Development Dept.
3321 Power Inn Road, Suite 220
Sacramento, CA 95826

ConnectWise
28819 Network Place
Chicago, IL 60673-1288

B and C, LLC dba Our Motorsports
56 Obed Brooks Road
Harwich, MA 02645

Canva US, Inc.
3003 Tasman Drive
Santa Clara, CA 95054

Crestview MRI, Inc.

Ballard Spahr LLP
P.O.Box 825470
Philadelphia, PA 19182-5470

Capital Mortgage Services of Texas
Attn: Bankruptcy Department
4212 50th Street Lubbock
Lubbock, TX 79413

Cumulus Media - Birmingham
3632 Monentum Place
Chicago, IL 60689-5336

Ben Grace
NEED ADDRESS

CDW Direct, LLC
Attn: Bankruptcy Department
200 N Milwaukee Ave
Vernon Hills, IL 06006-1000

Custom Lifestyle Construction, L.L.

Bestborn Business Solutions
507 West Newton Street
Suite 2
Greensburg, PA 15601

Celebrity Home Loans, LLC
1 Mid America Plaza Suite 800
Oakbrook Terrace, IL 60181

Custom Lifestyle Development, L.L

Birchwood Credit Services, Inc.
Attn: Bankruptcy Department
PO Box 7403
Fort Lauderdale, FL 33338

Certified Credit
1095 Arrow Route #2969
Rancho Cucamonga, CA 91729

Custom Lifestyle Homes, L.L.C.

Black Knight Technologies LLC
P.O.Box 742971
Los Angeles, CA 90074-2971

Cision US, Inc.
P.O.Box 417215
Boston, MA 02241-7215

Dataverify
PO Box 640495
Pittsburgh, PA 15264-0495

Dean Commercial Real Estate
2101 Clinton Avenue
Suite 501
Huntsville, AL 35805

FCB Bancshares Inc.
101 First Avenue NW
Cullman, AL 35055

GRO Marketing LLC
1810 Commons North Drive
Suite 2
Tuscaloosa, AL 35406

DocuSign
P.O.Box 735445
Dallas, TX 75373-5445

Fifth Third Bank National Association
P.O.Box 637644
Cincinnati, OH 45263-7644

Guardian
PO Box 826486
Philadelphia, PA 19182-6486

Doris Britton
183 Kingsford Street
Meridianville, AL 35759

First Horizon Bank
Attn: Bankruptcy Department
165 Madison Avenue
Memphis, TN 38103

Heather McLaughlin
6404 RESTER ROAD
Theodore, AL 36582

Effectv
P.O.Box 415949
Boston, MA 02241-5949

Flagstar Bank, NA
Attn: Bankruptcy Department
5151 Corporate Drive
Troy, MI 48098

Homebot, Inc
1500 Market Street
Denver, CO 80202

Equifax Workforce Solutions
4076 Paysphere Circle
Chicago, IL 60674-4076

Flint River Financial, LLC

Homebuyer Solutions, LLC

ESPN, Inc -Prod Misc
P.O.Box 732527
Dallas, TX 75373-2527

Freddie Mac
Attn: Bankruptcy Department
8200 Jones Branch Drive
McLean, VA 22102

Hometown Lenders, Inc. of Alabam

eValuation Zone, Inc
6103 W Montrose Ave
Chicago, IL 60634

Freshworks, Inc.
14005 Live Oak Avenue
Pasadena, CA, CA 91706-1300

Hometown Lenders, LLC

Experience.com
2010 Crow Canyon Suite100
San Ramon, CA 94583

Gig Harbor North, LLC
C/O Pacific Asset Advisors, Inc
14205 SE 36th Street, Suite 215
Bellevue, WA 98006

iAppraisal
9086 Jollyville Road
Austin, TX 78759

FCA Fund Orlando I, LLC
PO Box 742147
Atlanta, GA 30374

Gregg & Valby,LLP
1700 West Loop South
Suite 200
Houston, TX 77027

ICE Mortgage Technology
PO Box 7410442
Chicago, IL 60674-0442

iHeartMedia-Chillicothe
3964 Collections Center Drive
Chicago, IL 60693-0039

JPMCB Correspondent Recovery Funds
P.O.Box 731743
Dallas, TX 75373-1743

Lewis AMC dba ARIVS
2101 West Clinton Avenue
Suite 301
Huntsville, AL 35805

IMI Huntsville
Huntsville Lifestyle
P.O.Box 742117
Atlanta, GA 30374-2117

Kentucky Housing Coalition
189 Alpine Drive
Shelbyville, KY 40065

Loan Depot LLC
6561 Irvine Center Drive
Irvine, CA 92618

Insight Imaging, Inc.

Kerry Norman

Lodestar Software Solutions
101 East 8th Avenue
Suite 302
Conshohocken, PA 19428

IPFS Corporation of the South
24722 Network Place
Chicago, IL 60673-1247

Knowledge Coop
P.O.Box 1213
Vancouver, WA 98666

Mayan Tikal Leather, LLC

IS-CAN OHIO X, LP
P.O. Box 932943
Cleveland, OH 44193

Kris Macdonald Productions
67 Bayfield Street
C1A 2G5 Charlottetown
Prince Edward Island-Canada

MBS Highway
960 Holmdel Rd, Bldg 2
Holmdel, NJ 07733

Island Hotel Company
1000 South Pine Island Road
Suite 800
Plantation, FL 33324

Lakeview Loan Servicing, LLC
c/o Funding Operation
507 Prudential Road
Horsham, PA 19044

McConnell,White,Terry Realty & Ins
PO Box 530507
Mountain Brook, AL 35253-0507

Jeffrey (and Darcy) Markus
2260 Pinto Drive
Wayzata, MN 55391

Land Gorilla, Inc./Land Gorilla, LLC
1241 JOHNSON AVENUE #154
San Luis Obispo, CA 93401

Mers Holdings Inc,
13059 Collections Center Drive
Chicago, IL 60693

Jimmy McGuiness
350 The Bridge Street, Suite 200
Huntsville, AL 35806

Lenders Valuation Services. LLC
3001 Lava Ridge Ct, Suite 160
Roseville, CA 95661

Mission Firefly
P.O.Box 793
Hazel Green, AL 35750

John Taylor

Lenovo Financial Services
21146 Network Place
Chicago, IL 60673-1211

Mission Firefly, Inc.

MobilityRE
6925 Union Park Center
Suite 445
Midvale, UT 84047

Opteon Appraisal, Inc
300 Madison Ave, Ste 900
Toledo, OH 43604

Phoenix 5 Group LLC
838 Cherry SE
Grand Rapids, MI 49506

Mortgage Bankers Association
Attn: Lockbox 791419
Glen Burnie, MD 21061

Optimal Blue
P.O. Box 844004
Dallas, TX 75284-4004

Planet Home Lending
11000 Broken Land Parkway
Suite 200
Columbia, MD 21044

Mueller III, LLC
c/o Alliance Commercial REMS
5345 Kietzke Lane, Ste 100
Reno, NV 89511

Optimed Group Programs Inc.-Chubb Premium
5505 North Cumberland Ave.
Chicago, IL 60675-3298

QC Ally, LLC
9609 S University Blvd
P.O.Box 632026
Highlands Ranch, CO 80163

National Assoc. of Real Estate Brokers
9831 Greenbelt Road Ste 309
Lanham, MD 20706

OptiSigns, Inc
P.O.Box 208161
Dallas, TX 75320-8161

Rapidscale Inc.
P.O.Box 92126
Las Vegas, NV 89193-2126

National Cooperative Bank, N.A.
2011 Crystal Drive
Suite 800
Arlington, VA 22202

Oregon Employment Department
ATTN: Employment Tax Unit 02
PO Box 4395
Portland, OR 97208-4395

Renasant Bank
Attn: Bankruptcy Department
509 Drake Ave SW
Huntsville, AL 35801

Nationwide Property & Appraisal Services
1103 Laurel Oak Rd, Ste 160
Voorhees, NJ 08043

Partners Credit & Verification Solutions
P.O.Box 329
Pebble Beach, CA 93953

ReverseVision
P.O.Box 676332
Dallas, TX 75267-6332

Northwest Investment at Stockford Villag
10000 NE 7th Avenue
Suite 105
Vancouver, WA 98685

Pegrum Creek, LLC

Richey May
9780 S. Meridian Boulevard
Suite 500
Englewood, CO 80112

Ohio Dept. of Commerce
Division of Financial Institutions
77 South High Street, 21st Floor
Columbus, OH 43215

PennyMac Corp
P.O.Box 669
Moorpark, CA 93020-0669

River Landing Club Owners Assoc
1325 DAUPHIN STREET
Mobile, AL 36605

Oklahoma Appraisal Management, Inc.
928 Robtrice Ct.
Edmond, OK 73034

PGA Tour, Inc
P.O.Box 1065
Ponte Vedra Beach, FL 32004

RJ Young Company,Inc.
P.O.Box 306412
Nashville, TN 37230-6412

Rocket City Broadcasting
WRTT-FM
1555 The Boardwalk, Suite 1
Huntsville, AL 35816

Starrcast, LLC
15306 Craft Lane
Athens, AL 35613

Tyra Leisser
350 The Bridge Street, Suite 200
Huntsville, AL 35806

Scotsman Guide
Po Box 692
Bothell, WA 98041-0692

Street Lending Home, LLC
3184 N Street
Sacramento, CA 95816

Unishippers
14800 Frye Road
2nd Floor
Fort Worth, TX 76155

SD Media, LLC
A & N Accounting c/o Nam Nguyen
15306 Craft Lane
Athens, AL 35613

Taylor Bancshares, Inc.

Valutrust Solutions, LLC
7400 College Blvd, Suite 250
Overland Park, KS 66210

Servis First Bank
401 Meridian Street
Suite 100
Huntsville, AL 35801

Taylor, Skipper, & Associates, LLC
210 Virginia Avenue
Auburn, AL 36830

Volentum, LLC
16946 Reeder Ridge
Eden Prairie, MN 55347

SimpleNexus, LLC
P.O.Box 843167
Dallas, TX 75284-3167

Teevin Fischer LLC
P.O. Box 820406
Vancouver, WA 98682

Vonage Business
P.O. Box 392415
Pittsburgh, PA 15251-9415

SmartBank
PO Box 1910
Pigeon Forge, TN 37868-1910

The LCF Group, Inc.
3000 Marcus Avenue
Suite 2W15
New Hyde Park, NY 11042

Wells Fargo Bank NA
1 Home Campus 4th floor
MAC F2401-04L
Des Moines, IA 50328

Snapdocs, Inc
P.O.Box 735286
Dallas, TX 75373-5286

Total Image Marketing
1315 Legacy Farm Drive
Huntsville, AL 35802

West Valley Properties, Inc.
280 2nd Street
Los Altos, CA 94022

Stage Crossing, LLC dba Cliff Plaza
1695 E University Drive
Auburn, AL 36830

Transamerica Life Insurance Co.
6400 C Street Sw, P55
Attn: Cash Desk
Cedar Rapids, IA 52499-0001

William E. Taylor Jr.
1966 Wlalker Lane
New Market, AL 35761

Stanberry Columbia Real Estate Holdings
Attn: Darlene Cunningham Katz Development
PO BOX 1828
Westerville, OH 43086

Triserv Appraisal Management Solutions
875 Old Roswell Rd
Roswell, GA 30076

Willis Law
491 West South Street
Kalamazoo, MI 49007

WowTools Inc. DBA The Mortgage Coach
P.O.Box 112
Corona, CA 92878

Division of Banking & Financial Institut
c/o Kelly M. O'Sullivan, Esq.
301 South Park, Rm 316 [POB 200546]
Helena, MT 59620-0546

Internal Revenue Service
Attn: Bankruptcy Department
5123 Research Drive NW
Huntsville, AL 35805

Anthony Perri, Sr.
c/o Katten & Temple, LLP
209 S. LaSalle Street, Suite 950
Chicago, IL 60604

Division of Banking & Financial Institut
Attn: Bankruptcy Department
1227 11th Ave, Suite 100
Helena, MT 59601

IRS
Ogden, UT 84201-0038

Birchwood Credit Services, Inc.
Attn: Bankruptcy Department
500 SE 15th Street
Fort Lauderdale, FL 33316

Equifax
c/o McCarthy, Burgess & Wolff
The MB&W Building|26000 Cannon Road
Bedford, OH 44146

Land Gorilla, Inc.
c/o Linda Somers Smith, Esq.
PO Box 3835
San Luis Obispo, CA 93403-3835

Capifi, LLC
Attn: Bankruptcy Department
1370 Broadway
New York, NY 10018

Equifax
1550 Peachtree St NE
Atlanta, GA 30309

LeaseSouth, L.L.C.
300 Clinton Avenue West
Suite 1
Huntsville, AL 35801

Capital Mortgage Services of Texas
c/o The Law Office of Keith C. Thompson,
11003 Quaker Avenue
Lubbock, TX 79424

First Horizon Bank
420 Twentieth Street North
Wells Fargo Tower, Suite 1400
Birmingham, AL 35203

Lloyd & McDaniel, PLC
PO Box 23200
Louisville, KY 40223-0200

CDW Direct
Attn: Bankruptcy Department
P.O.Box 75723
Chicago, IL 60675-5723

Flagstar Bank, NA
c/oHickey Hauck Bishoff & Jeffers, PLLC
1 Woodward Avenue, Suite 2000
Detroit, MI 48226

M4 Maroon, LLC
c/o Adams and Reese, LLP
1901 6th Ave N Ste 1110
Birmingham, AL 35203-2618

CDW Direct, LLC
c/o The CKB Firm
30 N. LaSalle Street, Suite 1520
Chicago, IL 60602

Freshworks, Inc.
2950 S Delaware St, Ste 201
San Mateo, CA 94403

Oklahoma Department of Consume
Attn: Bankruptcy Department
629 NE 28th Street
Oklahoma City, OK 73105

Colorado Department of Revenue
Denver, CO 80261-0004

Hometown Lenders, Inc.
c/o Willis & Willis PLC
491 W South St.
Kalamazoo, MI 49007

Renasant Bank
Attn: Bankruptcy Department
209 Troy Street
Tupelo, MS 38804-4827

Dinsmore & Shohl, LLP
211 N Pennsylvania Street
One Indian Square, Ste. 1800
Indianapolis, IN 46204

Hometown Lenders, LLC
c/o Eric Scott Cartee
1712 Hickory Bark Ln
Nashville, TN 37211-8585

River Landing Club Owners Assoc
100 Riverbend Drive
Mobile, AL 36605-6800

SmartBank
c/o Hubbard, McIlwain & Brakefield, PC
PO Box 2427
Tuscaloosa, AL 35403-2427


SouthState Bank, National Association
c/o Burr & Forman, LLP
420 20th Street North, Suite 3400
Birmingham, AL 35203


State of Michigan Department of Labor
PO Box 8068
Royal Oak, MI 48068-8068


The LCF Group, Inc.
c/o The Feldman Lawfirm, PC
147 Willis Avenue
Mineola, NY 11501


The Office of Minnesota Attorney General
Attn: Consumer Action Division
445 Minnesota Street, Suite 1400
Saint Paul, MN 55101-2131


Timeless Funding, LLC
c/o Berkovitch & Bouskila, PLLC
1545 US 202, Suite 101
Pomona, NY 10970


Timeless Funding, LLC
c/o Schwartz & McClure, LLC
1609 Arrington Blvd S
Birmingham, AL 35205-4952

# United States Bankruptcy Court
## Northern District of Alabama

In re   **Hometown Lenders, Inc.**                  Case No.                             
                                 Debtor(s)                  Chapter     **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Hometown Lenders, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

_June 3, 2024_
Date

/s/ Kevin D. Heard
**Kevin D. Heard**
Signature of Attorney or Litigant
Counsel for   **Hometown Lenders, Inc.**
**Heard, Ary & Dauro, LLC**
**303 Williams Avenue**
**Park Plaza, Suite 921**
**Huntsville, AL 35801**
**256-535-0817 Fax:256-535-0818**
**kheard@heardlaw.com**