| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Hometown Lenders, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ALABAMA** |
| Case number (if known): | **24-81038-CRJ11** |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | **Flagstar Bank, NA Attn: Bankruptcy Department 5151 Corporate Drive Troy, MI 48098** | | **Lawsuit** | **Contingent Unliquidated Disputed** | | | **$20,110,657.25** |
| 2 | **First Horizon Bank Attn: Bankruptcy Department 165 Madison Avenue Memphis, TN 38103** | | **Lawsuit** | **Contingent Unliquidated Disputed** | | | **$3,489,345.28** |
| 3 | **Freddie Mac Attn: Bankruptcy Department 8200 Jones Branch Drive McLean, VA 22102** | | **Servicer Agreement-Claims Event** | | | | **$3,374,864.38** |
| 4 | **Internal Revenue Service Attn: Bankruptcy Department 801 Tom Martin Road Birmingham, AL 35211** | | | | | | **$942,797.53** |
| 5 | **Anthony Perri, Sr. 1031 Teal Avenue Peotone, IL 60468** | | **Lawsuit** | **Contingent Unliquidated Disputed** | | | **$779,445.35** |
| 6 | **ICE Mortgage Technology PO Box 7410442 Chicago, IL 60674-0442** | | **Vendor** | | | | **$616,989.33** |
| 7 | **Rapidscale Inc. P.O.Box 92126 Las Vegas, NV 89193-2126** | | **Vendor** | | | | **$540,603.65** |

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | Certified Credit<br>1095 Arrow Route #2969<br>Rancho Cucamonga, CA 91729 | | Vendor | | | | $475,423.32 |
| 9 | Anthony Perri, Jr.<br>1031 Teal Avenue<br>Peotone, IL 60468 | | Lawsuit | Contingent<br>Unliquidated<br>Disputed | | | $471,322.92 |
| 10 | Equifax Workforce Solutions<br>4076 Paysphere Circle<br>Chicago, IL 60674-4076 | | Vendor | | | | $459,328.55 |
| 11 | SmartBank<br>PO Box 1910<br>Pigeon Forge, TN 37868-1910 | | Equipment from multiple Lease Agreements with LeaseSouth | Contingent<br>Unliquidated<br>Disputed | | | $407,273.91 |
| 12 | SimpleNexus, LLC<br>P.O.Box 843167<br>Dallas, TX 75284-3167 | | Vendor | | | | $399,548.00 |
| 13 | Wells Fargo Bank NA<br>1 Home Campus 4th floor<br>MAC F2401-04L<br>Des Moines, IA 50328 | | Vendor | | | | $351,123.15 |
| 14 | National Cooperative Bank, N.A.<br>2011 Crystal Drive Suite 800<br>Arlington, VA 22202 | | Servicing Agreement-Indemnification re. 1st Horizon Eton Loan claim | | | | $306,835.52 |
| 15 | ESPN, Inc -Prod Misc<br>P.O.Box 732527<br>Dallas, TX 75373-2527 | | Vendor | | | | $300,000.00 |
| 16 | Black Knight Technologies LLC<br>P.O.Box 742971<br>Los Angeles, CA 90074-2971 | | Vendor | | | | $288,703.18 |
| 17 | Nevada Department of Taxation<br>3850 Arriwhead Dr.<br>Carson City, NV 89706 | | | | | | $250,063.48 |

Debtor: **Hometown Lenders, Inc.**      Case number *(if known)* **24-81038-CRJ11**

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 18 | **Birchwood Credit Services, Inc. Attn: Bankruptcy Department PO Box 7403 Fort Lauderdale, FL 33338** | | **Vendor Bal. $85,291.86 - Lawsuit** | **Contingent Unliquidated** | | | **$246,056.88** |
| 19 | **IMI Huntsville Huntsville Lifestyle P.O.Box 742117 Atlanta, GA 30374-2117** | | **Rents** | | | | **$234,246.63** |
| 20 | **PGA Tour, Inc P.O.Box 1065 Ponte Vedra Beach, FL 32004** | | **Vendor** | | | | **$225,000.00** |
| 21 | **JPMCB Correspondent Recovery Funds P.O.Box 731743 Dallas, TX 75373-1743** | | **Vendor** | | | | **$209,312.83** |
| 22 | **QC Ally, LLC 9609 S University Blvd P.O.Box 632026 Highlands Ranch, CO 80163** | | **Vendor** | | | | **$204,465.61** |
| 23 | **PennyMac Corp P.O.Box 669 Moorpark, CA 93020-0669** | | **Vendor** | | | | **$180,362.71** |
| 24 | **Optimed Group Programs Inc.-Chubb Premiu 5505 North Cumberland Ave. Chicago, IL 60675-3298** | | **Vendor-Employee Benefits** | | | | **$169,965.26** |
| 25 | **Mission Firefly P.O.Box 793 Hazel Green, AL 35750** | | **Vendor** | | | | **$156,936.65** |
| 26 | **Optimal Blue P.O.Box 844004 Dallas, TX 75284-4004** | | **Vendor** | | | | **$132,670.77** |
| 27 | **Mers Holdings Inc, 13059 Collections Center Drive Chicago, IL 60693** | | **Vendor** | | | | **$127,028.10** |

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 28 | Appraisal Management Specialists, LLC<br>38 Main Street<br>P.O.Box 1100<br>Oconomowoc, WI 53066 | | Vendor-Appraiser | | | | $120,665.00 |
| 29 | RJ Young Company, Inc.<br>P.O.Box 306412<br>Nashville, TN 37230-6412 | | Vendor | | | | $107,206.83 |
| 30 | DocuSign<br>P.O.Box 735445<br>Dallas, TX 75373-5445 | | Vendor | | | | $106,605.00 |
| 31 | Minnesota Department of Revenue<br>600 N. Robert St.<br>Saint Paul, MN 55101 | | | | | | $105,477.75 |
| 32 | Knowledge Coop<br>P.O.Box 1213<br>Vancouver, WA 98666 | | Vendor | | | | $105,117.00 |
| 33 | Anglin Reichmann Armstrong<br>305 Quality Circle<br>Huntsville, AL 35806 | | Vendor | | | | $99,285.00 |
| 34 | Vonage Business<br>P.O. Box 392415<br>Pittsburgh, PA 15251-9415 | | Vendor-Utilities | | | | $99,103.54 |
| 35 | Jeffrey (and Darcy) Markus<br>2260 Pinto Drive<br>Wayzata, MN 55391 | | Consumer Action Complaint | Contingent Unliquidated | | | $93,000.00 |
| 36 | CDW Direct, LLC<br>Attn: Bankruptcy Department<br>200 N Milwaukee Ave<br>Vernon Hills, IL 06006-1000 | | Vendor Bal. $73,430.43 - Lawsuit | Contingent Unliquidated | | | $87,912.40 |
| 37 | Montana Department of Administration Banking & Financial Institutions Divisio<br>P.O.Box 200546<br>Helena, MT 59620 | | | | | | $75,000.00 |

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 38 | Richey May<br>9780 S. Meridian Boulevard<br>Suite 500<br>Englewood, CO 80112 | | Vendor | | | | $74,102.19 |
| 39 | Planet Home Lending<br>11000 Broken Land Parkway<br>Suite 200<br>Columbia, MD 21044 | | Vendor | | | | $73,816.30 |
| 40 | Arthur J. Gallagher RMS<br>39735 Treasury Center<br>Chicago, IL 60694-9700 | | Vendor | | | | $72,561.94 |