| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Hometown Lenders, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ALABAMA** |
| Case number (if known): | **24-81038-CRJ11** |

☒ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Flagstar Bank, NA Attn: Bankruptcy Department 5151 Corporate Drive Troy, MI 48098 | | Lawsuit | Contingent Unliquidated Disputed | | | $20,110,657.25 |
| 2 | Heath Quick 596 Hunter Rd. Hazel Green, AL 35750 | | | | | | $7,000,000.00 |
| 3 | Conrad Thompson 1501 Signal Pt. Rd. Guntersville, AL 35976 | | | | | | $5,000,000.00 |
| 4 | First Horizon Bank Attn: Bankruptcy Department 165 Madison Avenue Memphis, TN 38103 | | Lawsuit | Contingent Unliquidated Disputed | | | $3,489,345.28 |
| 5 | Freddie Mac Attn: Bankruptcy Department 8200 Jones Branch Drive McLean, VA 22102 | | Servicer Agreement-Claims Event | | | | $3,374,864.38 |
| 6 | Internal Revenue Service Attn: Bankruptcy Department 801 Tom Martin Road Birmingham, AL 35211 | | | | | | $942,797.53 |
| 7 | Anthony Perri, Sr. 1031 Teal Avenue Peotone, IL 60468 | | Lawsuit | Contingent Unliquidated Disputed | | | $779,445.35 |

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | ICE Mortgage Technology  PO Box 7410442  Chicago, IL 60674-0442 | | Vendor | | | | $616,989.33 |
| 9 | Rapidscale Inc.  P.O.Box 92126  Las Vegas, NV 89193-2126 | | Vendor | | | | $540,603.65 |
| 10 | Certified Credit  1095 Arrow Route #2969  Rancho Cucamonga, CA 91729 | | Vendor | | | | $475,423.32 |
| 11 | Anthony Perri, Jr.  1031 Teal Avenue  Peotone, IL 60468 | | Lawsuit | Contingent Unliquidated Disputed | | | $471,322.92 |
| 12 | Equifax Workforce Solutions  4076 Paysphere Circle  Chicago, IL 60674-4076 | | Vendor | | | | $459,328.55 |
| 13 | SmartBank  PO Box 1910  Pigeon Forge, TN 37868-1910 | | Equipment from multiple Lease Agreements with LeaseSouth | Contingent Unliquidated Disputed | | | $407,273.91 |
| 14 | SimpleNexus, LLC  P.O.Box  843167  Dallas, TX 75284-3167 | | Vendor | | | | $399,548.00 |
| 15 | Wells Fargo Bank NA  1 Home Campus 4th floor  MAC F2401-04L  Des Moines, IA 50328 | | Vendor | | | | $351,123.15 |
| 16 | National Cooperative Bank, N.A.  2011 Crystal Drive  Suite 800  Arlington, VA 22202 | | Servicing Agreement-Indemnification re. 1st Horizon Eton Loan claim | | | | $306,835.52 |
| 17 | ESPN, Inc -Prod Misc  P.O.Box 732527  Dallas, TX 75373-2527 | | Vendor | | | | $300,000.00 |

Debtor   Hometown Lenders, Inc.   Case number *(if known)*   24-81038-CRJ11

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 18 | Black Knight Technologies LLC P.O.Box 742971 Los Angeles, CA 90074-2971 | | Vendor | | | | $288,703.18 |
| 19 | Nevada Department of Taxation 3850 Arriwhead Dr. Carson City, NV 89706 | | | | | | $250,063.48 |
| 20 | Birchwood Credit Services, Inc. Attn: Bankruptcy Department PO Box 7403 Fort Lauderdale, FL 33338 | | Vendor Bal. $85,291.86 - Lawsuit | Contingent Unliquidated | | | $246,056.88 |
| 21 | IMI Huntsville Huntsville Lifestyle P.O.Box 742117 Atlanta, GA 30374-2117 | | Rents | | | | $234,246.63 |
| 22 | PGA Tour, Inc P.O.Box 1065 Ponte Vedra Beach, FL 32004 | | Vendor | | | | $225,000.00 |
| 23 | JPMCB Correspondent Recovery Funds P.O.Box 731743 Dallas, TX 75373-1743 | | Vendor | | | | $209,312.83 |
| 24 | QC Ally, LLC 9609 S University Blvd P.O.Box 632026 Highlands Ranch, CO 80163 | | Vendor | | | | $204,465.61 |
| 25 | PennyMac Corp P.O.Box 669 Moorpark, CA 93020-0669 | | Vendor | | | | $180,362.71 |
| 26 | Optimed Group Programs Inc.-Chubb Premiu 5505 North Cumberland Ave. Chicago, IL 60675-3298 | | Vendor-Employee Benefits | | | | $169,965.26 |

| Debtor | Hometown Lenders, Inc. | | | Case number *(if known)* | 24-81038-CRJ11 | |
|---|---|---|---|---|---|---|

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 27 | Mission Firefly P.O.Box 793 Hazel Green, AL 35750 | | Vendor | | | | $156,936.65 |
| 28 | Optimal Blue P.O.Box 844004 Dallas, TX 75284-4004 | | Vendor | | | | $132,670.77 |
| 29 | Mers Holdings Inc, 13059 Collections Center Drive Chicago, IL 60693 | | Vendor | | | | $127,028.10 |
| 30 | Appraisal Management Specialists, LLC 38 Main Street P.O.Box 1100 Oconomowoc, WI 53066 | | Vendor-Appraiser | | | | $120,665.00 |
| 31 | RJ Young Company,Inc. P.O.Box 306412 Nashville, TN 37230-6412 | | Vendor | | | | $107,206.83 |
| 32 | DocuSign P.O.Box 735445 Dallas, TX 75373-5445 | | Vendor | | | | $106,605.00 |
| 33 | Minnesota Department of Revenue 600 N. Robert St. Saint Paul, MN 55101 | | | | | | $105,477.75 |
| 34 | Knowledge Coop P.O.Box 1213 Vancouver, WA 98666 | | Vendor | | | | $105,117.00 |
| 35 | Anglin Reichmann Armstrong 305 Quality Circle Huntsville, AL 35806 | | Vendor | | | | $99,285.00 |
| 36 | Vonage Business P.O. Box 392415 Pittsburgh, PA 15251-9415 | | Vendor-Utilities | | | | $99,103.54 |
| 37 | Jeffrey (and Darcy) Markus 2260 Pinto Drive Wayzata, MN 55391 | | Consumer Action Complaint | Contingent Unliquidated | | | $93,000.00 |

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 38 | **CDW Direct, LLC Attn: Bankruptcy Department 200 N Milwaukee Ave Vernon Hills, IL 06006-1000** | | **Vendor Bal. $73,430.43 - Lawsuit** | **Contingent Unliquidated** | | | **$87,912.40** |
| 39 | **Montana Department of Administration Banking & Financial Institutions Divisio P.O.Box 200546 Helena, MT 59620** | | | | | | **$75,000.00** |
| 40 | **Richey May 9780 S. Meridian Boulevard Suite 500 Englewood, CO 80112** | | **Vendor** | | | | **$74,102.19** |