IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | CASE NO.: 24-81038-CRJ11 |
| Hometown Lenders, Inc. | ) | |
| EIN: XX-XXX6790 | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## VERIFIED STATEMENT IN SUPPORT OF DEBTOR'S APPLICATION FOR AUTHORITY TO EMPLOY BANKRUPTCY COUNSEL

Before me, the undersigned authority, personally appeared Kevin D. Heard of the law firm of Heard, Ary & Dauro, LLC and who after being duly sworn, deposes and says as follows:

1. I am an attorney and counselor at law, duly admitted to practice law in the State of Alabama and in the United States District Court for the Northern District of Alabama.

2. This verified statement is submitted in support of the application for approval to employ bankruptcy counsel submitted by Hometown Lenders, Inc., as Debtor and Debtor-in-possession ("Debtor"), in the above-referenced Chapter 11 bankruptcy case.

3. I have no connection with the above-named Debtor, its creditors, or any other party in interest herein, or their respective attorneys or accountants.

Further, your affiant saith not.

_____
KEVIN D. HEARD

Sworn to and subscribed before me, this the 3rd day of June, 2024.

_____
NOTARY PUBLIC
My Commission Expires: 3/1/2028

# CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of June, 2024, I served a copy of the foregoing **Attorney Verified Statement** on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed or via electronic mail at the e-mail address below, or via the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, pursuant to FRBP 9036 in accordance with subparagraph II.B.4. of the Court's Administrative Procedures as indicated below:

**Notice will be electronically mailed to:**
Richard Blythe Richard_Blythe@alnba.uscourts.gov, courtmaildec@alnba.uscourts.gov
Richard E. O'Neal USAALN.BANKRUPTCY@usdoj.gov Attorney for the IRS
Stuart M. Maples SMaples@mapleslawfirmpc.com Attorney for William Taylor Jr.

**Notice will be mailed to:**

Internal Revenue Service
801 Tom Martin Drive
Birmingham, AL 35211

U.S. Attorney General
US Department of Justice
P.O. Box 14198
Washington, D.C. 20044

IRS Service Center
Bankruptcy Clerk
801 Tom Martin Drive, Room 126
Birmingham, Alabama 35211

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

IRS
Special Procedures Stop 31
600 South Maestri Place
New Orleans, LA 70173

Richard Blythe, Esq.
Bankruptcy Administrator
P.O. Box 3045
Decatur, Al 35602

Richard O'Neal
Assistant U.S. Attorney
Robert S. Vance Building
1800 5th Avenue North
Birmingham, Alabama 35203

Flagstar Bank, NA
Attn: Bankruptcy Department
5151 Corporate Drive
Troy, MI 48098

Heath Quick
596 Hunter Rd.
Hazel Green, AL 35750

Conrad Thompson
1501 Signal Pt. Rd.
Guntersville, AL 35976

First Horizon Bank
Attn: Bankruptcy Department
165 Madison Avenue
Memphis, TN 38103

Freddie Mac
Attn: Bankruptcy Department
8200 Jones Branch Drive
McLean, VA 22102

Anthony Perri, Sr.
1031 Teal Avenue
Peotone, IL 60468

ICE Mortgage Technology
PO Box 7410442
Chicago, IL 60674-0442

Rapidscale, Inc.
P.O. Box 92126
Las Vegas, NV 89193-2126

Certified Credit
1095 Arrow Route #2969
Rancho Cucamonga, CA 91729

Anthony Perri, Jr.
1031 Teal Avenue
Peotone, IL 60468

Equifax Workforce Solutions
4076 Paysphere Circle
Chicago, IL 60674-4076

SmartBank
PO Box 1910
Pigeon Forge, TN 37868-1910

SimpleNexus, LLC
P.O. Box 843167
Dallas, TX 75284-3167

Wells Fargo Bank NA
1 Home Campus 4th floor
MAC F2401-04L
Des Moines, IA 50328

National Cooperative Bank, N.A.
2011 Crystal Drive
Suite 800
Arlington, VA 22202

ESPN, Inc -Prod Misc
P.O. Box 732527
Dallas, TX 75373-2527

Black Knight Technologies LLC
P.O. Box 742971
Los Angeles, CA 90074-2971

Nevada Department of Taxation
3850 Arrowhead Dr.
Carson City, NV 89706

Birchwood Credit Services, Inc.
Attn: Bankruptcy Department
PO Box 7403
Fort Lauderdale, FL 33338

IMI Huntsville
Huntsville Lifestyle
P.O. Box 742117
Atlanta, GA 30374-2117

PGA Tour, Inc
P.O. Box 1065
Ponte Vedra Beach, FL 32004

JPMCB Correspondent Recovery
Funds
P.O. Box 731743
Dallas, TX 75373-1743

QC Ally, LLC
9609 S University Blvd
P.O. Box 632026
Highlands Ranch, CO 80163

PennyMac Corp
P.O. Box 669
Moorpark, CA 93020-0669

Optimed Group Programs Inc.-
Chubb Premiu
5505 North Cumberland Ave.
Chicago, IL 60675-3298

Mission Firefly
P.O. Box 793
Hazel Green, AL 35750

Optimal Blue
P.O. Box 844004
Dallas, TX 75284-4004

Mers Holdings Inc,
13059 Collections Center Drive
Chicago, IL 60693

Appraisal Management Specialists
38 Main Street
P.O. Box 1100
Oconomowoc, WI 53066

RJ Young Company, Inc.
P.O. Box 306412
Nashville, TN 37230-6412

DocuSign
P.O. Box 735445
Dallas, TX 75373-5445

Minnesota Department of Revenue
600 N. Robert St.
Saint Paul, MN 55101

Knowledge Coop
P.O. Box 1213
Vancouver, WA 98666

Anglin Reichmann Armstrong
305 Quality Circle
Huntsville, AL 35806

Vonage Business
P.O. Box 392415
Pittsburgh, PA 15251-9415

Jeffrey (and Darcy) Markus
2260 Pinto Drive
Wayzata, MN 55391

Capifi, LLC
c/o Funders App, LLC
3323 NE 163rd Street, Suite 401
North Miami Beach, FL 33160

CDW Direct, LLC
Attn: Bankruptcy Department
200 N Milwaukee Ave
Vernon Hills, IL 06006-1000

Montana Department of
Administration
Banking & Financial Institutions
Division
P.O. Box 200546
Helena, MT 59620

Richey May
9780 S. Meridian Boulevard
Suite 500
Englewood, CO 80112

M4 Maroon, LLC
4725 S. Monaco Street, Suite 210
Denver, CO 80237

SouthState Bank, NA
Attn: Bankruptcy Department
1101 First St South
Winter Haven, FL 33880

Timeless Funding, LLC
5014 16th Avenue
Suite 124
Brooklyn, NY 11219

*/s/ Kevin D. Heard*
Kevin D. Heard