# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **In the Matter of:** ) | |
| ) | **CASE NO.: 24-81038-CRJ11** |
| **HOMETOWN LENDERS, INC.** ) | |
| **EIN: XX-XXX6790** ) | **CHAPTER 11** |
| ) | |
| **Debtor.** ) | |
| ) | |

## ORDER EXTENDING THE TIME FOR DEBTOR TO FILE SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

This matter came before the Court on June 5, 2024, for Hearing on the Motion for Entry of an Order Extending the Time to File Schedules of Assets and Liabilities and Statement of Financial Affairs [Doc. 10] (the "Motion") filed by Hometown Lenders, Inc. ("Debtor"). Appearances were made by Kevin D. Heard and Angela S. Ary, counsel for the Debtor; Richard M. Blythe, counsel for the Bankruptcy Administrator; Kent D. McPhail, counsel for Federal Home Loan Mortgage Corporation; Marcus Brakefield, counsel for SmartBank; Richard E. O'Neal, Assistant U.S. Attorney for the Internal Revenue Service; Stuart M. Maples, counsel for William Taylor, Jr.; and William M. Hancock, counsel for the Bank of Frankewing.

Upon consideration of the Motion of the Debtor for entry of an Order extending the time within which the Debtor must file its schedules of assets and liabilities and statements of financial affairs (the "Schedules and SOFAs"), pursuant to Bankruptcy Rule 1007(c); and upon consideration of all pleadings related thereto, including the Taylor Declaration; and this Court having jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334; and the matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and the venue of this proceeding and the Motion being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion is in the best interests of the Debtor, its estate, and its

creditors; and the Debtor having provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances and no further notice need be provided; and after due deliberation and good and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED, and DECREED** as follows:

1. The Motion is hereby **APPROVED** as set forth herein.

2. The time by which the Debtor shall file its Schedules and SOFAs is extended until 5:00 PM CST on July 5, 2024.

3. The Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

Dated this the 7th day of June, 2024.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

Order Prepared by:
Kevin D. Heard kheard@heardlaw.com
Angela S. Ary aary@heardlaw.com

Order Reviewed and Approved by:
Richard Blythe Richard_Blythe@alnba.uscourts.gov
Richard E. O'Neal Richard.O'Neal@usdoj.gov
Stuart M. Maples SMaples@mapleslawfirmpc.com
Marcus Brakefield mbrakefield@hubbardfirm.com
Kent D. McPhail KentMcPhailAssociatesLLC@jubileebk.net
William M. Hancock wmhancock@wolfejones.com