# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

In the Matter of:

HOMETOWN LENDERS, INC.,
EIN: XX-XXX6790

Case No. 24-81038-CRJ-11

Chapter 11

Debtor(s).

## ORDER SETTING DEADLINE TO FILE CHAPTER 11 PLAN AND DISCLOSURE STATEMENT AND SETTING BAR DATE FOR FILING CLAIMS

On June 3, 2024, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** as follows:

1. Pursuant to Bankruptcy Rule 3003(c), the deadline for all creditors to file a Proof of Claim is fixed as **September 2, 2024** by **4:00 p.m.**

2. Pursuant to Bankruptcy Rule 3016(b), the deadline for the Debtor to file a Chapter 11 Plan and Disclosure Statement is fixed as **October 1, 2024** by **4:00 p.m.**

3. Counsel for the Debtor is directed to immediately give notice of the Claims Bar Date by mailing a copy of this Order to all creditors, governmental units, Richard Blythe for the Bankruptcy Administrator's office, and all parties requesting notice.

Dated this the 8th day of July, 2024.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge