# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1126–8 | User: admin | Date Created: 7/8/2024 |
| Case: 24–81038–CRJ11 | Form ID: pdf000 | Total: 2 |

**Recipients of Notice of Electronic Filing:**

aty      Angela Stewart Ary      aary@heardlaw.com
aty      Kevin D. Heard      kheard@heardlaw.com

TOTAL: 2