| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Hometown Lenders, Inc. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ALABAMA |
| Case number (if known): | 24-81038-CRJ11 |

☒ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Flagstar Bank, NA  Attn: Bankruptcy Department  5151 Corporate Drive  Troy, MI 48098 | | 2nd Mortgages | Contingent Unliquidated Disputed | $20,110,657.25 | $255,546.00 | $19,855,111.25 |
| 2 | Department of Treasury Internal Revenue Service  PO Box 7346  Philadelphia, PA, 19101-7346 | (615) 250-5088  Mary.Freeland@irs.gov | Taxes | Contingent Unliquidated Disputed | $17,264,612.06 | $3,806,507.82 (secured portion) | $13,458,104.24 |
| 3 | Conrad Thompson  1501 Signal Pt. Rd.  Guntersville, AL 35976 | | Loan | | | | $7,000,000.00 |
| 4 | Heath Quick  596 Hunter Rd.  Hazel Green, AL 35750 | | Loan | | | | $5,000,000.00 |
| 5 | Freddie Mac  Attn: Bankruptcy Department  8200 Jones Branch Drive  McLean, VA 22102 | | Servicer Agreement-Claims Event | | | | $3,374,864.38 |
| 6 | First Horizon Bank  Attn: Bankruptcy Department  165 Madison Avenue  Memphis, TN 38103 | 678-243-2512  rsolomon@sb-law.com | 2nd Mortgages | Contingent Unliquidated Disputed | $3,489,345.28 | $439,344.00 | $3,050,001.28 |
| 7 | The Money Source, Inc.  500 South Broad St  Suite 100 A  Meriden, CT 06450 | | Lawsuit | Contingent Unliquidated Disputed | | | $1,950,000.00 |
| 8 | Aaron Mance  2101 Governor's Drive  Huntsville, AL 35805 | | Cash Contributions | | | | $1,500,000.00 |

| Debtor | Hometown Lenders, Inc. | | Case number (if known) | 24-81038-CRJ11 |

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | **SmartBank** **807 North Main Street** **Crossville, TN 38571** | (205)345-6789 bankruptcy@hubbardfirm.com | **Equipment from multiple Lease Agreements with LeaseSouth** | **Contingent Unliquidated Disputed** | | | **$1,050,487.39** |
| 10 | **Anthony Perri, Sr.** **1031 Teal Avenue** **Peotone, IL 60468** | | **Lawsuit** | **Contingent Unliquidated Disputed** | | | **$779,445.35** |
| 11 | **ICE Mortgage Technology** **PO Box 7410442** **Chicago, IL 60674-0442** | | **Vendor** | | | | **$616,989.33** |
| 12 | **Rapidscale Inc.** **P.O.Box 92126** **Las Vegas, NV 89193-2126** | | **Vendor** | | | | **$540,603.65** |
| 13 | **Certified Credit** **1095 Arrow Route #2969** **Rancho Cucamonga, CA 91729** | | **Vendor** | | | | **$475,423.32** |
| 14 | **Anthony Perri, Jr.** **1031 Teal Avenue** **Peotone, IL 60468** | | **Lawsuit** | **Contingent Unliquidated Disputed** | | | **$471,322.92** |
| 15 | **Equifax Workforce Solutions** **4076 Paysphere Circle** **Chicago, IL 60674-4076** | | **Vendor** | | | | **$459,328.55** |
| 16 | **SimpleNexus, LLC** **P.O.Box 843167** **Dallas, TX 75284-3167** | | **Vendor** | | | | **$399,548.00** |
| 17 | **Wells Fargo Bank NA** **1 Home Campus 4th floor** **MAC F2401-04L** **Des Moines, IA 50328** | | **Lawsuit** | **Contingent Unliquidated Disputed** | | | **$351,123.15** |
| 18 | **Darren McCrillis** **4 Masters Circle** **Little Rock, AR 72212** | | **Lawsuit Filed** | **Contingent Unliquidated Disputed** | | | **$325,068.49** |
| 19 | **PGA Tour, Inc** **1 PGA TOUR Blvd** **Ponte Vedra Beach, FL 32082** | vanessavogler@pgatourhq.com 904−273−2376 | **Vendor - merchandise and sponsorship fee for professional golf tournament** | | | | **$308,318.84** |
| 20 | **National Cooperative Bank, N.A.** **2011 Crystal Drive Suite 800** **Arlington, VA 22202** | | **Servicing Agreement-Indemnification re. 1st Horizon Eton Loan claim** | | | | **$306,835.52** |

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21 | **ESPN, Inc -Prod Misc P.O.Box 732527 Dallas, TX 75373-2527** | | **Vendor** | | | | $300,000.00 |
| 22 | **Black Knight Technologies LLC P.O.Box 742971 Los Angeles, CA 90074-2971** | | **Vendor** | | | | $288,703.18 |
| 23 | **Chris Echols 4513 Allen Hollow Place Suwanee, GA 30024** | | **Loan** | | | | $278,347.00 |
| 24 | **QC Ally, LLC 9609 S University Blvd P.O.Box 632026 Highlands Ranch, CO 80163** | 720-530-9443 michael.sperber@qcally.com | **Vendor** | | | | $257,915.66 |
| 25 | **Minnesota Department of Revenue 600 N. Robert St. Saint Paul, MN 55101** | 651-556-6378 mdor.bkysec@state.mn.us | **State taxes** | | | | $256,831.21 |
| 26 | **Birchwood Credit Services, Inc. Attn: Bankruptcy Department PO Box 7403 Fort Lauderdale, FL 33338** | | **Vendor Bal. $85,291.86 - Lawsuit** | **Contingent Unliquidated** | | | $246,056.88 |
| 27 | **IMI Huntsville Huntsville Lifestyle P.O.Box 742117 Atlanta, GA 30374-2117** | | **Rents-Lawsuit Filed** | **Contingent Unliquidated Disputed** | | | $234,246.63 |
| 28 | **JPMCB Correspondent Recovery Funds P.O.Box 731743 Dallas, TX 75373-1743** | | **Vendor** | | | | $209,312.83 |
| 29 | **Gregory Goodwin 180 Harbin Rd Madison, AL 35757** | | **Cash Contributions** | | | | $200,000.00 |
| 30 | **Patrick Brown 8414 Moores Mill Road Meridianville, AL 35759** | | **Cash Contributions** | | | | $200,000.00 |
| 31 | **PennyMac Corp P.O.Box 669 Moorpark, CA 93020-0669** | | **Vendor** | | | | $180,362.71 |
| 32 | **Charles Bates 7110 Loomis Hills Road Loomis, CA 95650** | | **Employee Compensation / Claim Filed** | | | | $172,158.16 |

| Debtor | Hometown Lenders, Inc. | | Case number (if known) | 24-81038-CRJ11 |

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 33 | Optimed Group Programs Inc.-Chubb Premiu 5505 North Cumberland Ave. Chicago, IL 60675-3298 | | Vendor-Employee Benefits | | | | $169,965.26 |
| 34 | RJ Young Company,Inc. P.O.Box 306412 Nashville, TN 37230-6412 | | Vendor | | | | $162,626.66 |
| 35 | Desiree Gardner 1375 Jackson Street Suite 205 Fort Myers, FL 33901 | | Service Performed | | | | $160,299.00 |
| 36 | Mission Firefly P.O.Box 793 Hazel Green, AL 35750 | | Vendor | | | | $156,936.65 |
| 37 | US Department of Labor 200 Constitution Ave., NW Washington, DC 20210 | | Case No. 23-1043N | Contingent Unliquidated Disputed | | | $150,000.00 |
| 38 | Optimal Blue P.O.Box 844004 Dallas, TX 75284-4004 | | Vendor | | | | $132,670.77 |
| 39 | Mers Holdings Inc, 13059 Collections Center Drive Chicago, IL 60693 | | Vendor | | | | $127,028.10 |
| 40 | Kenneth Joe Wilson 225 Laprado Pl Birmingham AL 35209-0000 | bdb@csattorneys.com resmith@csattorneys.com ddsparks@csattorneys.com tbhumphries@csattorneys.com | Cash Contributions | | | | $125,000.00 |