**Van−002** [Notice of Hearing] (Rev. 08/24)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| In re:<br>Hometown Lenders, Inc.<br>**EIN:** 63−1246790<br><br>**Debtor(s)** | **Case No.** 24−81038−CRJ11<br>**Chapter** 11 |

## NOTICE OF HEARING

Notice is hereby given that a hearing will be held to consider and act upon the following:

*79* − Application for Administrative Expenses Filed by Creditor NJ Dept of Labor, Div Employer Accounts (mmb)

*81* − Objection to (related document(s): 79 Application for Administrative Expenses filed by Creditor NJ Dept of Labor, Div Employer Accounts) Debtor's Objection to Request for Administrative Expenses Filed by Debtor Hometown Lenders, Inc. (Heard, Kevin)

**Date: Wednesday, September 25, 2024    Time: 10:00 AM**

**Location: Federal Building, 101 Holmes Ave, Huntsville, AL 35801**

Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non−evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders. Attendance is not required if a settlement has been reached as approved by all parties and filed with the Court by an attorney prior to the hearing date.

Dated: August 19, 2024                        By:

                                                                    Joseph E. Bulgarella, Clerk
                                                                    United States Bankruptcy Court

ksv