# Notice Recipients

District/Off: 1126−8     User: admin     Date Created: 8/19/2024
Case: 24−81038−CRJ11     Form ID: van002     Total: 133

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ba | Richard M Blythe | Richard_Blythe@alnba.uscourts.gov |
| aty | Andrew J. Shaver | ashaver@bradley.com |
| aty | Andrew Pete Cicero, III | acicero@burr.com |
| aty | Angela Stewart Ary | aary@heardlaw.com |
| aty | Bill D Bensinger | bdb@csattorneys.com |
| aty | Chloe Champion | cchampion@burr.com |
| aty | Daniel D Sparks | ddsparks@csattorneys.com |
| aty | Edward Franklin Childress | fchildress@bakerdonelson.com |
| aty | Heather A Jamison | hjamison@burr.com |
| aty | Jesse S Vogtle, Jr | jesse.vogtle@hklaw.com |
| aty | Kent D McPhail | bankruptcynotices@mslawyers.law |
| aty | Kevin D. Heard | kheard@heardlaw.com |
| aty | Matthew M Cahill | mcahill@bakerdonelson.com |
| aty | Richard E Smith | resmith@csattorneys.com |
| aty | Richard E. O'Neal | USAALN.BANKRUPTCY@usdoj.gov |
| aty | Robert J. Solomon | rsolomon@sb−law.com |
| aty | Stuart M Maples | smaples@thompsonburton.com |
| aty | Thomas Benjamin Humphries | tbhumphries@csattorneys.com |
| aty | William M. Hancock | bankruptcy@wolfejones.com |
| aty | William Marcus Brakefield | BANKRUPTCY@hsmbb.com |

TOTAL: 20

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Hometown Lenders, Inc. | 350 The Bridge Street    Suite 200    Huntsville, AL 35806−0021 |
| cr | SmartBank | 807 North Main Street    Crossville, TN 38555 |
| intp | Pegrum Creek, LLC | c/o Thompson Burton PLLC    Stuart M. Maples    200 Clinton Ave W    Suite 1000    Huntsville, AL 35801 |
| intp | William E. Taylor | Stuart M. Maples    200 Clinton Ave W    Suite 1000    Huntsville, AL 35801 |
| cr | First Horizon Bank | c/o Baker Donelson    1901 6th Ave. N.    Suite 2600    Birmingham, AL 35203 |
| cr | FIRST HORIZON BANK | c/o Solomon Baggett, LLC    3763 Rogers Bridge Road    Duluth, GA 30097 |
| intp | Franklin Childress, Jr. | Baker, Donelson, Bearman, Caldwell    165 Madison Avenue Suite 2000    Memphis, TN 38103 |
| intp | Tony Perri Sr. & Jr. | c/o Andrew Shaver    One Federal Place    1819 5th Avenue North    Birmingham    AL, 35203 UNITED STATES |
| cr | IMI Huntsville LLC | c/o Heather A. Jamison    Burr & Forman LLP    420 N 20th St.    Suite 3400    Birmingham, AL 35203 |
| cr | IMI Huntsville, LLC | c/o Chloe E. Champion, Esq.    Burr & Forman LLP    420 N 20th Street    Suite 3400    Birmingham, AL 35203 |
| cr | FirstBank | c/o Burr & Forman LLP    Attn: Andrew P. Cicero, III    420 North 20th Street, Suite 3400    Birmingham, AL 35203 UNITED STATES |
| intp | Bank of Frankewing | PO Box 1    Frankewing, TN 38459 |
| intp | Richard E. O'Neal | Assistant U.S. Attorney    1801 Fourth Avenue North    Birmingham, AL 35203−2101 |
| intp | Bill D. Bensinger | Baker Donelson    420 20th Street North    Suite 1400    Birmigham, AL 35203 |
| intp | Conrad C Thompson | 3020 Cliffs Edge Circle SE    Huntsville, AL 35801 |
| cr | Stanbery Columbia RE Holdings, LLC | PO Box 1828    Westerville, OH 43086 |
| cr | NJ Dept of Labor, Div Employer Accounts | Attn: Randall Perry − Senior Tax Examnr    P O Box 379    Trenton, NJ 08625−0379 |
| smg | Richard Blythe | BA Decatur    P O Box 3045    Decatur, AL 35602 |
| 11368628 | *Flagstar Bank, NA | Attn: Bankruptcy Department    5151 Corporate Drive    Troy, MI 48098 |
| 11368627 | *First Horizon Bank | Attn: Bankruptcy Department    165 Madison Avenue    Memphis, TN 38103 |
| 11368630 | *Freddie Mac | Attn: Bankruptcy Department    8200 Jones Branch Drive    McLean, VA 22102 |
| 11368550 | *Internal Revenue Service | Attn: Bankruptcy Department    801 Tom Martin Road    Birmingham, AL 35211 |
| 11368586 | *Anthony Perri, Jr. | 1031 Teal Avenue    Peotone, IL 60468 |
| 11368642 | *ICE Mortgage Technology | PO Box 7410442    Chicago, IL 60674−0442 |
| 11368691 | *Rapidscale Inc. | P.O.Box 92126    Las Vegas, NV 89193−2126 |
| 11368605 | *Certified Credit | 1095 Arrow Route #2969    Rancho Cucamonga, CA 91729 |
| 11368620 | *Equifax Workforce Solutions | 4076 Paysphere Circle    Chicago, IL 60674−4076 |
| 11368702 | *SmartBank | PO Box 1910    Pigeon Forge, TN 37868−1910 |
| 11368701 | *SimpleNexus, LLC | P.O.Box 843167    Dallas, TX 75284−3167 |
| 11368720 | *Wells Fargo Bank NA | 1 Home Campus 4th floor    MAC F2401−04L    Des Moines, IA 50328 |
| 11368674 | *National Cooperative Bank, N.A. | 2011 Crystal Drive    Suite 800    Arlington, VA 22202 |
| 11368621 | *ESPN, Inc −Prod Misc | P.O.Box 732527    Dallas, TX 75373−2527 |
| 11368597 | *Black Knight Technologies LLC | P.O.Box 742971    Los Angeles, CA 90074−2971 |
| 11368556 | *Nevada Department of Taxation | 3850 Arriwhead Dr.    Carson City, NV 89706 |

| | | | | |
|---|---|---|---|---|
| 11368596 | *Birchwood Credit Services, Inc. | Attn: Bankruptcy Department | PO Box 7403 | Fort Lauderdale, FL 33338 |
| 11368644 | *IMI Huntsville | Huntsville Lifestyle | P.O.Box 742117 | Atlanta, GA 30374–2117 |
| 11368687 | *PGA Tour, Inc | P.O.Box 1065 | Ponte Vedra Beach, FL 32004 | |
| 11368652 | *JPMCB Correspondent Recovery Funds | P.O.Box 731743 | Dallas, TX 75373–1743 | |
| 11368690 | *QC Ally, LLC | 9609 S University Blvd | P.O.Box 632026 | Highlands Ranch, CO 80163 |
| 11368686 | *PennyMac Corp | P.O.Box 669 | Moorpark, CA 93020–0669 | |
| 11368668 | *Mission Firefly | P.O.Box 793 | Hazel Green, AL 35750 | |
| 11368680 | *Optimal Blue | P.O. Box 844004 | Dallas, TX 75284–4004 | |
| 11368667 | *Mers Holdings Inc, | 13059 Collections Center Drive | Chicago, IL 60693 | |
| 11368588 | *Appraisal Management Specialists, LLC | 38 Main Street | PO Box 1100 | Oconomowoc, WI 53066 |
| 11368696 | *RJ Young Company,Inc. | P.O.Box 306412 | Nashville, TN 37230–6412 | |
| 11368617 | *DocuSign | P.O.Box 735445 | Dallas, TX 75373–5445 | |
| 11368554 | *Minnesota Department of Revenue | 600 N. Robert St. | Saint Paul, MN 55101 | |
| 11368655 | *Knowledge Coop | P.O.Box 1213 | Vancouver, WA 98666 | |
| 11368585 | *Anglin Reichmann Armstrong | 305 Quality Circle | Huntsville, AL 35806 | |
| 11368719 | *Vonage Business | P.O. Box 392415 | Pittsburgh, PA 15251–9415 | |
| 11368649 | *Jeffrey (and Darcy) Markus | 2260 Pinto Drive | Wayzata, MN 55391 | |
| 11368603 | *CDW Direct, LLC | Attn: Bankruptcy Department | 200 N Milwaukee Ave | Vernon Hills, IL 06006–1000 |
| 11368555 | *Montana Department of Administration | Banking & Financial Institutions Divisio | PO Box 200546 | Helena, MT 59620 |
| 11368694 | *Richey May | 9780 S. Meridian Boulevard | Suite 500 | Englewood, CO 80112 |
| 11368794 | *Heath Quick | 596 Hunter Rd. | Hazel Green, AL 35750 | |
| 11368795 | *Conrad Thompson | 1501 Signal Pt. Rd. | Guntersville, AL 35976 | |
| 11369033 | *Internal Revenue Service | P.O. Box 7346 | Philadelphia, PA 19101–7346 | |
| 11391907 | *The Money Source, Inc. | 500 South Broad St | Suite 100 A | Meriden, CT 06450 |
| 11391307 | *Aaron Mance | 2101 Governor's Drive | Huntsville, AL 35805 | |
| 11368587 | *Anthony Perri, Sr. | 1031 Teal Avenue | Peotone, IL 60468 | |
| 11391481 | *Darren McCrillis | 4 MASTERS CIRCLE | Little Rock, AR 72212 | |
| 11391421 | *Chris Echols | 4513 Allen Hollow Place | Suwanee, GA 30024 | |
| 11391572 | *Gregory Goodwin | 180 Harbin Rd | Madison, AL 35757 | |
| 11391774 | *Patrick Brown | 8414 Moores Mill Road | Meridianville, AL 35759 | |
| 11391195 | *Charles Bates | 7110 Loomis Hills Road | Loomis, CA 95650 | |
| 11391494 | *Desiree Gardner | 1375 Jackson Street | Suite 205 | Fort Myers, FL 33901 |
| 11368669 | *Mission Firefly, Inc. | PO Box 793 | Hazel Green, AL 35750 | |
| 11391940 | *US Department of Labor | Employee Benefits Security Admin. | 200 Constitution Ave NW | Washington, DC 20210 |
| 11381080 | **Trustmark National Bank | PO Box 1928 | Brandon, MS 39043 | |
| 11368535 | **Capifi, LLC | c/o Funders App, LLC | 3323 NE 163rd Street, Suite 401 | North Miami Beach, FL 33160 |
| 11393607 | **Franklin Childress, Jr. | Baker, Donelson, Bearman, Caldwell | 165 Madison Avenue, Suite 2000 | Memphis, TN 38103 |
| 11393612 | **CHTD Company | 3000 Marcus Avenue, Suite 2W15 | New Hyde Park, NY 11042–000 | |
| 11368632 | **Gig Harbor North, LLC | C/O Pacific Asset Advisors, Inc | 14205 SE 36th Street, Suite 215 | Bellevue, WA 98006 |
| 11368745 | **LeaseSouth, L.L.C. | 300 Clinton Avenue West, Suite 1 | Huntsville, AL 35801 | |
| 11391279 | **Oregon Department of Revenue | 955 Center Street NE | Salem, OR 97301–2555 | |
| 11391583 | **Heath Quick | 596 Hunter Rd. | Hazel Green, AL 35750 | |
| 11368536 | **M4 Maroon, LLC | 4725 S. Monaco Street, Suite 210 | Denver, CO 80237 | |
| 11368537 | **SouthState Bank, National Association | Attn: Bankruptcy Department | 1101 First St South | Winter Haven, FL 33880 |
| 11368538 | **Timeless Funding, LLC | 5014 16th Avenue | Suite 124 | Brooklyn, NY 11219 |
| 11393831 | **Corporation Services Co | P O Box 2576 | Springfield IL 62708 | |
| 11393832 | **Eplus Technology, Inc. | 13595 Dulles Technology Drive | Herndon, CA 20171 | |
| 11393833 | **Capifi, LLC | Attn: Bankruptcy Department | 1370 Broadway | New York, NY 10018 |
| 11393834 | **Hazel Green Building Supply, Inc. | Attn: Bankruptcy Department | 15409 Hwy 231 & 431 N | Hazel Green, AL 35750 |
| 11393835 | **Hewlett –Packard Financial Services Co | 200 Connell Drive | Berkeley Heights, NJ 07922 | |
| 11393836 | **Kelly Sturgill Cornett | 1013 Grey Fox Lane | Richmond, KY 40475 | |
| 11393837 | **New York State Dept of Labor | Unemployment Insurance Div | State Office Campus, B–12, Rm 256 | Albany, NY 12240–0356 |
| 11393838 | **Florida Capital Bank, N.A. | P O Box 551390 | Jacksonville, FL 32253–1390 | |
| 11393839 | **Northpointe Bank | 3333 Deposit Dr NE | Grand Rapids, MI 49546 | |
| 11393840 | **Pennsylvania Dept of Revenue | Bureau of Compliance | P O Box 280948 | Harrisburg, PA 17128 |
| 11393841 | **Premier Bank of the South | 101 1st Avenue NW | Cullman, AL 35055 | |
| 11393842 | **South Carolina Dpt of Empl Workforce | P O Box 995 | Columbia, SC 29202 | |
| 11393843 | **Charles B Tye | 166 Valley Rd | Lexington, KY 40503 | |
| 11393844 | **Eric Kimble | 125 Lakeside Dr | Lancaster, KY 40444 | |
| 11393845 | **Fannie Mae | 3900 Wisconsin Avenue NW | Washington DC 20016–2892 | |
| 11393846 | **Wisconsin Dept of Workforce Dev | Division of Unemployment Insurance | P O Box 7945 | Madison, WI 53707–7945 |
| 11393847 | **U.S. Attorney General | U.S. Department of Justice | P O Box 14198 | Washington, D.C. 20044 |
| 11370002 | **Colorado Department of Revenue | Bankruptcy Unit, Room 104 | 1881 Pierce Street | Denver, CO 80214 |

| | | | | |
|---|---|---|---|---|
| 11373795 | **State of Alabama Department of Revenue | Legal Division | P.O. Box 320001 | Montgomery, Alabama 36132–0001 |
| 11383789 | **Charleston Row Holdings, LLC | c/o Mark Good–Claim sig | 2127 Ayrsley Town Boulevard, Ste 302 | Charlotte, NC 28273 |
| 11374487 | **Indiana Department of Revenue | Bankruptcy Section | 100 N. Senate Ave | Indianapolis, IN 46204 |
| 11368711 | **The LCF Group, Inc. | 3000 Marcus Avenue | Suite 2W15 | New Hyde Park, NY 11042 |
| 11391780 | **PGA Tour, Inc | 1 PGA TOUR Blvd | Ponte Vedra Beach, FL 32082 | |
| 11391965 | **William (Bill) Taylor | 188 Tanner Rd | New Market, AL 35761 | |
| 11391260 | *Kenneth Joe Wilson | 225 Laprado Pl | Birmingham, AL 35209 | |
| 11383886 | **First Horizon Bank | c/o Solomon Baggett, LLC | 3763 Rogers Bridge Road | Duluth, GA 30097 |
| 11405341 | **Stanbery Columbia RE Holdings, LLC | c/o Kyle Katz | PO Box 1828 | Westerville, OH 43086 |
| 11422210 | **MERSCORP Holdings, Inc. | PO Box 2026 | Flint, MI 48501 | |
| 11368737 | **First Horizon Bank | 420 Twentieth Street North | Wells Fargo Tower, Suite 1400 | Birmingham, AL 35203 |
| 11391541 | **First Horizon Bank | c/o Solomon Baggett, LLC | 3763 Rogers Bridge Road | Duluth, GA 30097 |
| 11368705 | **Stanberry Columbia Real Estate Holdings | Attn: Darlene Cunningham Katz Developmen | PO BOX 1828 | Westerville, OH 43086 |
| 11423713 | **California Franchise Tax Board | Bankruptcy Section MS A340 | Franchise Tax Board | PO Box 2952 Sacramento, CA 95812 |
| 11423715 | **Gig Harbor North, LLC | 7316 E 6th Ave | Scottsdale, AZ 85251 | |
| 11368681 | *Optimed Group Programs Inc.–Chubb Premiu | 525 W Monroe Street Suite 1100 | Chicago, IL 60661 | |

TOTAL: 113