Schedule 3- Secured Creditors

| Class | Creditor | Treatment |
|---|---|---|
| 1.01 | Internal Revenue Service | IRS filed tax liens on May 8, September 6, and October 10, 2023, with the Alabama Secretary of State. Claim is Impaired. Allowed Claim to be paid from Liquidating Fund per §1129. |
| 1.02 | State of Ala. Dept of Rev. | ADOR filed tax liens with the Alabama Secretary of State on July 11 and August 9, 2023. Claim is Impaired. Allowed Claim to be paid from Liquidating Fund per §1129. |
| 1.03 | Northpointe Bank | Claim is impaired. Secured claim is disputed by Debtor. Although Northpointe filed UCC with Ala. Secretary of State it is limited to mortgage loans conveyed to Northpointe by the Debtor. Debtor believes those have been paid off. Any remaining Allowed Claim will be treated as an unsecured in Class 3. |
| 1.05 | Florida Capital Bank | Claim is impaired. Secured claim is disputed by Debtor. Although Florida Capital Bank filed UCC with Ala. Secretary of State, its lien is limited to those loans which the Debtor pledged to Florida Capital Bank as well as depository accounts held by the bank. Debtor believes that those mortgages have been paid off. Any remaining Allowed Claim will be treated as an unsecured in Class 3. |
| 1.06 | Hewlett Packard Financial Services Co ("HP"). | Claim is impaired. Secured claim is disputed by Debtor. The UCC liens of HP are limited to the equipment and software which HP leased to the Debtor. This equipment was either repossessed pre-petition or returned by the Debtor. Debtor asserts that this debt has been paid off. Any remaining Allowed Claim will be treated as an unsecured in Class 3. |
| 1.07 | Eplus Technology, Inc. | Claim is impaired. Secured claim is disputed by Debtor. Eplus' UCC lien is limited to computer equipment provided to the Debtor. This equipment was either repossessed pre-petition or returned by the Debtor. Therefore, Debtor asserts that this debt has been paid off. Any remaining Allowed Claim will be treated as an unsecured in Class 3. |
| 1.08 | The LCF Group, Inc. | Claim is impaired. Secured claim is disputed by Debtor. LCF filed a UCC lien which purports to attach certain collateral accounts. The Debtor disputes this debt. As shown on its lien, there are numerous debtors who may have borrowed funds from this Creditor. Debtor disputes validity of debt and secured status. Any remaining Allowed Claim will be treated as an unsecured in Class 3. |

## Schedule 3- Secured Creditors

| | | |
|---|---|---|
| 1.09 | LeaseSouth LLC | Claim is impaired. Secured claim is disputed by Debtor. LeaseSouth assigned and transferred this debt to SmartBank which repossessed its collateral pre-petition and has filed unsecured proofs of claim. See, POC 29-37. Any remaining Allowed Claim will be treated as an unsecured in Class 3. |
| 1.10 | Flagstar Bank N.A. | This claim was resolved as part of the Debtor's 9019 Motion and Flagstar does not possess a claim in this case |
| 1.11 | CHTD Company | Claim is impaired. Secured claim is disputed by Debtor. CHTD Co. filed a UCC lien which purports to attach all present and future assets of the Debtor. The Debtor disputes this debt. As shown on its lien, there are numerous debtors who may have borrowed funds from this Creditor. Debtor also disputes validity secured status as it would not attach to Liquidation Fund under §553 of the Code. Any remaining Allowed Claim will be treated as an unsecured in Class 3. |
| 1.12 | Corporation Service Company ("CSC") | Claim is impaired. Secured claim is disputed by Debtor. CSC filed a UCC lien which purports to attach all present and future assets of the Debtor. The Debtor disputes this debt. As shown on its lien, there are numerous debtors who may have borrowed funds from this Creditor. Debtor also disputes validity secured status as it would not attach to Liquidation Fund under §553 of the Code. Any remaining Allowed Claim will be treated as an unsecured in Class 3. |
| 1.13 | CT Corporation Systems | Claim is impaired. Secured claim is disputed by Debtor. CT Corporation filed a UCC lien which purports to attach certain accounts of the Debtor. The Debtor disputes this debt. As nominee, the Debtor cannot determine if the debt and underlying lien are valid. Thus, Debtor disputes validity secured status as it would not attach to Liquidation Fund under §553 of the Code. Any remaining Allowed Claim will be treated as an unsecured in Class 3. |
| 1.14 | Southstate Bank N.A. | Claim is impaired. Secured claim is disputed by Debtor. The judgment lien of SouthState Bank N.A. is also an avoidable preference since it was recorded on April 22, 2024. Any remaining Allowed Claim will be treated as an unsecured in Class 3. |

Schedule 3- Secured Creditors

| | | |
|---|---|---|
| 1.15 | Hazel Green Building Supply | Claim is impaired. Secured claim is disputed by Debtor. Judgement was recorded on September 22 2003. Under Alabama law a judgment is presumed satisfied after 20 years. Thus, Debtor disputes validity secured status. Any remaining Allowed Claim will be treated as an unsecured in Class 3. |
| 1.17 | M4 Maroon, LLC | Claim is impaired. Secured claim is disputed by Debtor. The judgment lien of M4 Maroon was not recorded in Madison County, Alabama. Any remaining Allowed Claim will be treated as an unsecured in Class 3. |
| 1.18 | Brent Tye | Claim is impaired. Secured claim is disputed by Debtor. The judgment lien was not recorded in Madison County, Alabama. Any remaining Allowed Claim will be treated as an unsecured in Class 3. |
| 1.19 | Eric Kimble | Claim is impaired. Secured claim is disputed by Debtor. The judgment lien was not recorded in Madison County, Alabama. Any remaining Allowed Claim will be treated as an unsecured in Class 3. |
| 1.20 | Gig Harbor North, LLC | Claim is impaired. Secured claim is disputed by Debtor. The judgment lien was not recorded in Madison County, Alabama . Any remaining Allowed Claim will be treated as an unsecured in Class 3. |
| 1.21 | Kelly Sturgill Cornett | Claim is impaired. Secured claim is disputed by Debtor. The judgment lien was not recorded in Madison County, Alabama. Any remaining Allowed Claim will be treated as an unsecured in Class 3. |
| 1.22 | Premier Bank of South | Claim is impaired. Secured claim is disputed by Debtor. The judgment lien was not recorded in Madison County, Alabama . Any remaining Allowed Claim will be treated as an unsecured in Class 3. |
| 1.23 | Timeless Funding | Claim is impaired. Secured claim is disputed by Debtor. The judgment lien was not recorded in Madison County, Alabama. Any remaining Allowed Claim will be treated as an unsecured in Class 3. |
| 1.24 | Wisconsin Dept of Workforce | Claim is impaired. Secured claim is disputed by Debtor. The judgment lien was not recorded in Madison County, Alabama. Any remaining Allowed Claim will be treated as an unsecured in Class 3. |

Schedule 3- Secured Creditors

| | | |
|---|---|---|
| 1.25 | Trustmark Mortgage Lien | Claim is impaired. Secured claim is disputed by Debtor.  Debtor believes that those mortgage lien has been satisfied and any remaining Allowed Claim will be treated as an unsecured in Class 3. |
| 1.26 | State of Nevada Dept of Taxation | Claim is impaired. Secured claim is disputed by Debtor.  Tax lien was not recorded in Madison County, Alabama.   Any remaining Allowed Claim will be treated as an unsecured in Class 3. |
| 1.27 | South Carolina Dept of Employee Workforce | Claim is impaired. Secured claim is disputed by Debtor.  Tax lien was not recorded in Madison County, Alabama.   Any remaining Allowed Claim will be treated as an unsecured in Class 3. |
| 1.28 | Pennsylvania Dept. of Revenue | Claim is impaired. Secured claim is disputed by Debtor.  Tax lien was not recorded in Madison County, Alabama.   Any remaining Allowed Claim will be treated as an unsecured in Class 3. |
| 1.29 | Oklahoma Employment Security Commission | Claim is impaired. Secured claim is disputed by Debtor.  Tax lien was not recorded in Madison County, Alabama.   Any remaining Allowed Claim will be treated as an unsecured in Class 3. |
| 1.30 | Indiana Dept. of Revenue | Claim is impaired. Secured claim is disputed by Debtor.  Tax lien was not recorded in Madison County, Alabama.   Any remaining Allowed Claim will be treated as an unsecured in Class 3. |
| 1.31 | Charleston Rowe Holdings, LLC | Claim is impaired. Secured claim is disputed by Debtor.  Lien was not recorded in Madison County, Alabama.   Any remaining Allowed Claim will be treated as an unsecured in Class 3. |
| 1.32 | Capifi LLC | Claim is impaired. Secured claim is disputed by Debtor. Lien was not recorded in Madison County, Alabama.   Any remaining Allowed Claim will be treated as an unsecured in Class 3. |