IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| In the Matter of: | ) | |
|---|---|---|
| | ) | |
| Hometown Lenders, Inc. | ) | CASE NO.: 24-81038-CRJ-11 |
| EIN: XX-XXX6790 | ) | CHAPTER 11 |
| | ) | |
| Debtor | ) | |
| | ) | |

## BALLOT SUMMARY

COMES NOW, Hometown Lenders, Inc. Debtor and Debtor-in-possession ("Debtor"), and files this Ballot Summary as follows:

| Creditor | Amount | Accept | Reject |
|---|---|---|---|
| **Secured** | | | |
| Bank of Frankewing | $10,505,794.73 | | X |
| Jeffrey Markus | $92,895.00 | X | |
| | | | |
| **Unsecured** | | | |
| Anthony Perri, Jr | $478,176 | | X |
| Anthony Perri, Sr | $1,694,749.06 | | X |
| Anglin, Reichmann & Armstrong | $7,082.20 | X | |
| ER23 | $6,000.00 | X | |
| Five Fold Enterprises | $675.00 | X | |
| Franks Media | $3,360.00 | X | |
| Jonathan Dunwoody | $1,595.52 | X | |
| Kelly Burgess | Unknown | X | |
| Mia Alexander | $1,483.90 | | X |
| MN Dept of Revenue | $53,670.80 | X | |
| William Yerman | $1,500.00 | X | |
| Wisconsin Dept of Revenue | $10,444.15 | X | |
| Edina Warehouse | $103,906.96 | X | |
| American Express National Bank | $2,917.22 | X | |
| | | | |
| **Priority** | | | |
| Anthony Perri, Jr | $18,556.38 | | X |
| Anthony Perri, Sr | $27,000.00 | | X |
| Brian Pena | $917.21 | | X |
| Eric Stinson | $22,359.99 | X | |
| Robert DeRose | $54,386.18 | X | |
| Wisconson Dept of Revenue | $10,444.15 | X | |
| | | | |
| **Equity Interest** | | | |
| William E. Taylor | Unknown | X | |

Based upon the foregoing tally of the ballots and for the reasons expressed in the Debtor's Memorandum in Support of Cofirmation filed in conjunction with this Ballot Summary, the Debtor respectfully requests that the Court confirm its Amended Plan of Reorganization dated November 11, 2024, pursuant to § 1129(b) of the Bankruptcy Code.

Respectfully submitted on this the 16th day of December, 2024.

/s/ Kevin D. Heard
KEVIN D. HEARD
Attorney for Debtor

Of counsel:
Heard, Ary & Dauro LLC
303 Williams Avenue
Park Plaza, Ste. 921
Huntsville, Alabama 35801
(256) 535-0817
kheard@heardlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of December, 2024, I have served a true and correct copy of **Debtors Ballot Summary** on (i) the Office of the Bankruptcy Administrator, (ii) the Debtors' 40 largest unsecured creditors, (iii) all counsel of record requesting notice, (iv) the Internal Revenue Service, (v) all secured creditors, (vi) any governmental agencies that request special notice, and (vii) all other persons requesting notice, by depositing the same in the United States Mail, postage prepaid and properly-addressed, and/or via electronic mail at the previously-provided e-mail address, unless the party was served as a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, whereby service was made on the date of issuance by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4. of the Court's Administrative Procedures as indicated on the attached Master Service List.

/s/ Kevin D. Heard
Kevin D. Heard